**UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA**

**Civil Cover Sheet**

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): **IRVIN ALEJANDRO CASTILLO-PAYAN , ;**

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**JESSE EVANS SCHROEDER ,**
Green Evans-Schroeder
130 W CUSHING ST
TUCSON, AZ 85701
520-639-7277

**Defendant**(s): **U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES, , ;**

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

**PAM BONDI , United States Attorney General**
U.S Department of Justice

Washington , DC 20530-0001
202-514-2000

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **2. U.S. Government Defendant** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **895 Freedom of Information Act** |
| VI.Cause of Action: | **This action is brought pursuant to the Freedom of Information Act (5 U.S.C. § 552, et seq). This action challenges Defendants' failure to conduct an adequate search for records, failure to produce all non-exempt records responsive to the FOIA request, and failure to produce all segregable information contained in records responsive to Plaintiff's FOIA Request.** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **No** |

VIII. This case **is not related** to another case.

**Signature:** Jesse Evans Schroeder

**Date:** 02/06/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014