# TABLE OF EXHIBITS

| | |
|---|---|
| **EXHIBIT A** | Initial DACA Application |
| **EXHIBIT B** | 2012 DACA Approval |
| **EXHIBIT C** | 2014-2020 DACA Renewal Approvals |
| **EXHIBIT D** | 2021 DACA Renewal Application and Receipt |
| **EXHIBIT E** | March 2022 DACA Denial |
| **EXHIBIT F** | 2022 DACA Renewal Application and Receipt |
| **EXHIBIT G** | October 2022 DACA Denial |
| **EXHIBIT H** | FOIA Request |
| **EXHIBIT I** | USCIS FOIA Response |
| **EXHIBIT J** | FOIA Appeal |
| **EXHIBIT K** | FOIA Appeal Delivery Confirmation |
| **EXHIBIT L** | FOIA Appeal Decision |

# Exhibit A

# Consideration of Deferred Action for Childhood Arrivals

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-821D**
OMB No. 1615-0124
Expires 02/28/2013

| | | |
|---|---|---|
| **For USCIS Use Only** | A- 2 2 4 1 9 3 4 9 4<br>**Case ID:**<br>☐ Requestor interviewed on ______ | APP I821D<br>WAC1290503476 08/27/2012 |
| **Returned:** __/__/__<br>**Resubmitted:** __/__/__ | **Relocated**<br>**Received:** __/__/__<br>**Sent:** __/__/__ | **Remarks** |

**Action Block**
OCT 09 2012
0064
U.S. Citizenship and Immigration Services
10/9/2012 - 10/8/2014

| | | |
|---|---|---|
| **To Be Completed by an *Attorney or Accredited Representative*, if any.** | ☒ Fill in box if G-28 is attached to represent the requestor. | Attorney State License Number: CA 77620 |

► **START HERE - Type or print in black ink.**

## Part 1. Information About You

I am requesting consideration of deferred action for childhood arrivals *and* I have included Form I-765, Application for Employment Authorization, and Form I-765WS, Form I-765 Worksheet.

### *Full Name*

**1.a.** Family Name *(Last Name)* CASTILLO PAYAN

**1.b.** Given Name *(First Name)* IRVIN

**1.c.** Middle Name ALEJANDRO

### *Mailing Address*

**2.a.** In Care of Name *(if applicable)* NA

**2.b.** Street Number and Name 16436 N 26TH ST

**2.c.** Apt. ☐ Ste. ☐ Flr. ☐

**2.d.** City or Town PHOENIX

**2.e.** State AZ **2.f.** Zip Code 85032

### *Removal Proceedings Information*

**3.a.** Are you **now** or **have you ever been** in removal proceedings? ☐ Yes ☒ No

If you answered "Yes" to the above question, you must check a box below indicating your current status or outcome of your removal proceedings.

**3.b.** Type of proceedings:

**a.** ☐ Currently in Proceedings **c.** ☐ Terminated

**b.** ☐ Administratively Closed **d.** ☐ Subject to a Final Order

**3.c.** Date and Location of Proceedings

**For USCIS Use Only**

## Part 1. Information About You *(continued)*

### *Other Information*

4. Alien Registration Number (A-Number) *(if any)*
▶ A- 204193494

5. U.S. Social Security Number *(if any)*
▶

6. Date of Birth *(mm/dd/yyyy)* ▶ 08/10/1996

7. Gender ☒ Male ☐ Female

8.a. City/Town/Village of Birth
HGO DEL PARRAL CHIHUAHUA

8.b. Country of Birth
Mexico

9. Country of Residence
United States

10. Country of Citizenship/Nationality
Mexico

11. Marital Status
☐ Married ☐ Widowed ☒ Single ☐ Divorced

### *Other Names Used (including maiden name)*

If you require additional space, use **Part 7., Additional Information.**

12.a. Family Name *(Last Name)*

12.b. Given Name *(First Name)*

12.c. Middle Name

### *U.S. Entry Information*

13. Date of *Initial* Entry into the United States, on or about:
*(mm/dd/yyyy)* ▶ 02/14/1998

14. Place of Entry into the United States.
JUARES, CHIHUAHUA

15. Status at Entry *(e.g., B2, F1, J1, No Lawful Status, etc.)*
EWI - ENTRY WITHOUT INSPECTION

16.a. Do you have an Arrival/Departure Record (I-94)?
☐ Yes ☒ No

16.b. List your I-94 number *(if applicable)*
▶

17. Date authorized stay expired, as shown on Form I-94, I-95, or I-94W *(if applicable)*
*(mm/dd/yyyy)* ▶

### *Education Information*

18. Current Education Status *(e.g., In School, General Educational Development, High School Graduate)*
IN SCHOOL

19. Name, City, and State of School Currently Attending or Where Education Received
NORTH CANYON HIGH SCHOOL PHOENIX AZ

20. Date of Last Attendance, Graduation, Receipt of General Educational Development Certificate, and/or Completion Certificate *(mm/dd/yyyy)* ▶ 08/21/2012

### *Military Service Information*

21.a. Were you a member of the U.S. Armed Forces or Coast Guard?
☐ Yes ☒ No

If you answered "Yes" to the above question, you must provide responses to Item Numbers 21.b. through 21.e.

21.b. Military Branch

21.c. Service Start Date *(mm/dd/yyyy)* ▶

21.d. Discharge Date
*(mm/dd/yyyy)* ▶

21.e. Type of Discharge

**For USCIS Use Only**

## Part 2. Arrival/Residence Information

1.a. I arrived in the United States on or before June 15, 2007. ☒ Yes ☐ No

1.b. I have been continuously residing in the United States since at least June 15, 2007. ☒ Yes ☐ No

**NOTE:** If you answer "No" to Item Numbers 1.a. or 1.b., use **Part 7., Additional Information**, to include a full explanation.

List your current address and, to the best of your knowledge, the addresses where you resided since your initial entry into the United States. If you require additional space, use **Part 7., Additional Information.**

**Present Address**

2.a. Dates at this residence *(mm/dd/yyyy)* From: 09/01/2011 To: Present

2.b. Street Number and Name: 16436 N 26TH ST

2.c. Apt. ☐ Ste. ☐ Flr. ☐

2.d. City or Town: PHOENIX

2.e. State: AZ 2.f. Zip Code: 85032

**Address 1**

3.a. Dates at this residence *(mm/dd/yyyy)* From: 06/01/2003 To: 09/01/2011

3.b. Street Number and Name: 16424 N 29TH ST

3.c. Apt. ☐ Ste. ☐ Flr. ☐

3.d. City or Town: PHOENIX

3.e. State: AZ 3.f. Zip Code: 85032

**Address 2**

4.a. Dates at this residence *(mm/dd/yyyy)* From: 02/14/1998 To: 06/01/2003

4.b. Street Number and Name: 2601 E MONTE CRISTO

4.c. Apt. ☒ Ste. ☐ Flr. ☐ 1

4.d. City or Town: PHOENIX

4.e. State: AZ 4.f. Zip Code: 85032

**Address 3**

5.a. Dates at this residence *(mm/dd/yyyy)* From: To:

5.b. Street Number and Name:

5.c. Apt. ☐ Ste. ☐ Flr. ☐

5.d. City or Town:

5.e. State: 5.f. Zip Code:

List all your absences from the United States since June 15, 2007. If you require additional space, use **Part 7., Additional Information.**

6.a. Departure Date 1 *(mm/dd/yyyy)* ▶

6.b. Return Date 1 *(mm/dd/yyyy)* ▶

6.c. Reason for Departure

7.a. Departure Date 2 *(mm/dd/yyyy)* ▶

7.b. Return Date 2 *(mm/dd/yyyy)* ▶

7.c. Reason for Departure

**For USCIS Use Only**

## Part 3. Criminal, National Security and Public Safety Information

If any of the following questions apply to you, use **Part 7., Additional Information**, to describe the circumstances and include a full explanation.

**1.** Have you ever been arrested for, charged with, or convicted of a felony or misdemeanor in the United States? *Do not include minor traffic violations that only resulted in a fine, unless it was alcohol- or drug-related.*

☐ Yes ☒ No

**If you answered "Yes" you must also include copies of all arrest records, charging documents, dispositions (outcomes), sentencing records, etc.**

**2.** Have you ever been arrested for, charged with, or convicted of a crime in any country other than the United States? ☐ Yes ☒ No

**If you answered "Yes" you must also include copies of all arrest records, charging documents, dispositions (outcomes), sentencing records, etc.**

**3.** Have you ever engaged in or do you continue to engage in or plan to engage in terrorist activities? ☐ Yes ☒ No

**4.** Are you now or have you ever been a member of a gang?

☐ Yes ☒ No

Have you ever engaged in, ordered, incited, assisted or otherwise participated in any of the following:

**5.a.** Acts involving torture, genocide, or human trafficking?

☐ Yes ☒ No

**5.b.** Killing any person? ☐ Yes ☒ No

**5.c.** Severely injuring any person? ☐ Yes ☒ No

**5.d.** Any kind of sexual contact or relations with any person who was being forced or threatened? ☐ Yes ☒ No

## Part 4. Signature of Requestor

### *Requestor's Statement (check one)*

**1.a.** ☒ I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to each question.

**1.b.** ☐ Each and every question and instruction on this form, as well as my answer to each question, has been read to me by the person named below

in a language in which I am fluent. I understand each and every question and instruction on this form, as well as my answer to each question.

### *Requestor's Certification*

I certify, under penalty of perjury under the laws of of the United States of America, that the foregoing is true and correct. Copies of documents submitted are exact photocopies of unaltered original documents, and I understand that I may be required to submit original documents to USCIS at a later date. Furthermore, I authorize the release of any information from my records that USCIS needs to reach a determination on deferred action.

**2.a.** Signature of Requestor
Irvin Alejandro Castillo Payan

**2.b.** Date of Signature *(mm/dd/yyyy)* ▶ 08/21/12

**3.** Daytime Phone Number (602) 568 - 6488

**NOTE:** Deferred action is unlikely to be considered for anyone who fails to completely fill out this form or to submit required documents listed in the instructions. Deferred action does not confer lawful status upon an individual. Furthermore, a decision on deferred action is wholly within the discretion of DHS.

**For USCIS Use Only**

## Part 5. Signature of Person Preparing This Request, If Other Than the Requestor

NOTE: If you are an attorney or representative, you must submit a completed Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative, along with this request.

1. Attorney or Representative: In the event of a Request for Evidence (RFE), may USCIS contact you by e-mail?

☒ Yes ☐ No

### *Preparer's Full Name*

Provide the following information concerning the preparer:

2.a. Preparer's Family Name *(Last Name)*
OESTER

2.b. Preparer's Given Name *(First Name)*
GREG M

3. Preparer's Business or Organization Name
OESTER RICCOBONO

### *Preparer's Mailing Address*

4.a. Street Number and Name: 1990 W CAMELBACK

4.b. Apt. ☐ Ste. ☒ Flr. ☐ 101

4.c. City or Town: PHOENIX

4.d. State: AZ 4.e. Zip Code: 85015

### *Preparer's Contact Information*

5. Daytime Phone Number (602) 244 - 1150

6. Email Address
phx.workpermits@oracc.net

### *Preparer's Declaration*

*To be completed by all preparers, including attorneys and authorized representatives.*

I declare that I prepared this Form I-821D at the requestor's behest, that it is based on all the information of which I have knowledge, and that the information is true to the best of my knowledge.

7.a. Signature of Preparer

7.b. Date of Signature *(mm/dd/yyyy)* ►

## Part 6. Signature of Interpreter

1. Language Used

I certify that I am fluent in English and the language above. I further certify that I have read each and every question and instruction on this form, as well as the answer to each question, to this requestor in the above-mentioned language, and that the requestor has informed me that he or she has understood each and every instruction and question of the form, as well as the answer to each question.

2.a. Signature of Interpreter

2.b. Date of Signature *(mm/dd/yyyy)* ►

### *Interpreter's Information*

3.a. Interpreter's Family Name *(Last Name)*

3.b. Interpreter's Given Name *(First Name)*

**For USCIS Use Only**

## Part 7. Additional Information

If you require more space to provide any additional information within this request, please use the space below. If you require more space than what is provided to complete this request, you may use a separate sheet(s) of paper. You must include your full name on each sheet of paper along with the page number, Part Number, and Item Number related to your explanation.

### *Your Full Name*

**1.a.** Family Name *(Last Name)*: CASTILLO PAYAN

**1.b.** Given Name *(First Name)*: IRVIN

**1.c.** Middle Name: ALEJANDRO

**2.a.** Page Number: ______ **2.b.** Part Number: ______ **2.c.** Item Number: ______

**2.d.** ______

**3.a.** Page Number: ______ **3.b.** Part Number: ______ **3.c.** Item Number: ______

**3.d.** ______

**4.a.** Page Number: ______ **4.b.** Part Number: ______ **4.c.** Item Number: ______

**4.d.** ______

**For USCIS Use Only**

# Exhibit B

Department of Homeland Security
U.S. Citizenship and Immigration Servi[c]

**I-797, Notice of Action**

UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>WAC-12-905-03476 | | CASE TYPE I821 /I-821D |
| RECEIPT DATE<br>August 29, 2012 | PRIORITY DATE | APPLICANT A204 193 494<br>CASTILLO PAYAN, IRVIN A. |
| NOTICE DATE<br>October 10, 2012 | PAGE<br>1 of 1 | |

GREG M OESTER
1990 W CAMELBACK RD STE 101
PHOENIX AZ 85015

**Notice Type:** Approval Notice
Valid from 10/09/2012 to 10/08/2014

Notice of Deferred Action:

This notice is to inform you regarding U.S. Citizenship and Immigration Services's (USCIS) decision on your Form I-821D. Consideration of Deferred Action for Childhood Arrivals.

USCIS, in the exercise of its prosecutorial discretion, has decided to defer action in your case. Deferred action is an exercise of prosecutorial discretion by USCIS not to pursue the removal of an individual from the United States for a specific period. Deferred action does not confer or alter any immigration status.

Unless terminated, this decision to defer removal action will remain in effect for 2 years from the date of this notice.

This form does not constitute employment authorization, nor may it be used in place of an Employment Authorization Document. If granted, you will receive your Employment Authorization Document separately by mail. Subsequent criminal activity after your case has been deferred is likely to result in termination of your deferred action. This notice does not provide permission to travel outside of the United States.

You are required to notify USCIS if you change your address. You may use the Alien's Change of Address Card, Form AR-11, to report a new address. That form may be found at www.uscis.gov. There is no fee for this change of address form.

NOTICE: USCIS and the U.S. Department of Homeland Security (DHS) reserve the right to verify the information submitted in this request and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of the verification will be used to determine whether termination of deferred action and/or removal proceedings are appropriate if, for example, the requestor committed fraud or misrepresentation in his or her request for consideration of deferred action for childhood arrivals, or engaged in subsequent criminal activity following the submission of his or her request. Individuals for whom removal action is deferred under Deferred Action for Childhood Arrivals may, in the sole discretion of USCIS and DHS, be provided an opportunity to address derogatory information before deferred action is terminated and/or removal proceedings are initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone: (800) 375-5283**

3014080516450 350/333 041230 35 L652/73 061314 09:03 061214 DACA-20/00

Department of Homeland Security
U.S. Citizenship and Immigration Services

# I-797, Notice of Action

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER WAC-12-905-03477 | | CASE TYPE I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| RECEIPT DATE August 29, 2012 | PRIORITY DATE | APPLICANT A204 193 494 CASTILLO PAYAN, IRVIN A. |
| NOTICE DATE October 10, 2012 | PAGE 1 of 1 | |

GREG M OESTER
1990 W CAMELBACK RD STE 101
PHOENIX AZ 85015

**Notice Type:** Approval Notice
Class: C33
Valid from 10/09/2012 to 10/08/2014

Your application for employment authorization has been approved. The Form I-766, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please write the office listed below. Include your Employment Authorization Document, I-766, a photocopy of this notice, and evidence to support the necessary corrections.

THIS APPROVAL NOTICE IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-766.

As a reminder, you may request to change employers under INA 204(j), if your Form I-485 Adjustment application has been pending for at least 180 days and your underlying Form I-140 is approved or is still pending. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
**Customer Service Telephone:** (800) 375-5283

3014080516950 390/333 011230 35 L652773 061314 09:03 061219 DATA-20000

1021

Form I-797 (Rev. 01/31/05) N

# Exhibit C

3016065943180 3910163 015888 74 E667179 042716 03:53 042516 DACA-20700

Department of Homeland Security
U.S. Citizenship and Immigration Services

01021

**I-797, Notice of Action**

**THE UNITED STATES OF AMERICA**

| | |
|---|---|
| RECEIPT NUMBER<br>LIN-14-907-29105 | CASE TYPE I765 APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| RECEIPT DATE<br>June 13, 2014 / PRIORITY DATE | APPLICANT A204 193 494<br>CASTILLO PAYAN, IRVIN A. |
| NOTICE DATE<br>September 15, 2014 / PAGE 1 of 1 | |

IRVIN ALEJANDRO CASTILLO PAYAN
1990 W CAMELBACK RD APT 101
PHOENIX AZ 85015

Notice Type: Approval Notice
Class: C33
Valid from 09/09/2014 to 09/08/2016

This courtesy notice is to advise you of action taken on this case. The official notice has been mailed to the authorized representative. Any relevant documentation included in the notice was also mailed as part of the official notice.

Your application for employment authorization has been approved. The Form I-766, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please write the office listed below. Include your Employment Authorization Document, I-766, a photocopy of this notice, and evidence to support the necessary corrections.

THIS APPROVAL NOTICE IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-766.

As a reminder, you may request to change employers under INA 204(j) if your Form I-485 Adjustment application has been pending for at least 180 days and your underlying Form I-140 is approved or is still pending. In order to do so, you should supplement the Form I-485 record of proceeding with documentation relating to the new job offer that forms the basis of the INA 204(j) portability request. For more information on how to request to change employers and what information is required to supplement the Form I-485, please visit www.uscis.gov.

This courtesy copy may not be used in lieu of official notification to demonstrate the filing or processing action taken on this case.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

NOTICE: Although this application/petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify the information submitted in this application, petition and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of verification will be used to determine whether revocation, rescission, and/or removal proceedings are appropriate. Applicants, petitioners, and representatives of record will be provided an opportunity to address derogatory information before any formal proceeding is initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

NEBRASKA SERVICE CENTER
U. S. CITIZENSHIP & IMMIG SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283

Form I-797 (Rev. 01/31/05) N

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0900608056 | 018781587478 | I821D - CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS |
| **Receipt Date** 04/27/2016 | **Priority Date** 04/24/2016 | **Applicant** A204 193 494 IRVIN ALEJANDRO CASTILLO PAYAN |
| **Notice Date** 08/08/2016 | **Page** 1 of 1 | |

CASTILLO PAYAN, IRVIN ALEJANDRO
16436 N 26TH ST
PHOENIX AZ 85032

Notice Type: Approval Notice
Valid from: 08/08/2016 to 08/07/2018

Notice of Deferred Action:

This notice is to inform you regarding U.S. Citizenship and Immigration Services's (USCIS) decision on your Form I-821D, Consideration of Deferred Action for Childhood Arrivals.

USCIS, in the exercise of its prosecutorial discretion, has decided to defer action in your case. Deferred action is an exercise of prosecutorial discretion by USCIS not to pursue the removal of an individual from the United States for a specific period. Deferred action does not confer or alter any immigration status.

Unless terminated, this decision to defer removal action will remain in effect for 2 years from the date of this notice.

This form does not constitute employment authorization, nor may it be used in place of an Employment Authorization Document. The 90-day period for reviewing Form I-765, Application for Employment Authorization, filed together with Form I-821D begins as of the date of this approval notice. If Form I-765 is granted, you will receive your Employment Authorization Document separately by mail. Subsequent criminal activity after your case has been deferred is likely to result in termination of your deferred action. This notice does not provide permission to travel outside of the United States.

You are required to notify USCIS if you change your address. You may use the Alien's Change of Address Card, Form AR-11, to report a new address. That form may be found at www.uscis.gov. There is no fee for this change of address form.

NOTICE: USCIS and the U.S. Department of Homeland Security (DHS) reserve the right to verify the information submitted in this request and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of the verification will be used to determine whether termination of deferred action and/or removal proceedings are appropriate if, for example, the requestor committed fraud or misrepresentation in his or her request for consideration of deferred action for childhood arrivals, or engaged in subsequent criminal activity following the submission of his or her request. Individuals for whom removal action is deferred under Deferred Action for Childhood Arrivals may, in the sole discretion of USCIS and DHS, be provided an opportunity to address derogatory information before deferred action is terminated and/or removal proceedings are initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS/Nebraska Service Center
P.O. Box 82521
Lincoln NE 68501-2521

Customer Service Telephone: 800-375-5283

# Other

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0904381643 | 055096594434 | I821D - CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS |
| **Received Date** 03/28/2018 | **Priority Date** 03/26/2018 | **Requestor** A204 193 494 IRVIN ALEJANDRO CASTILLO PAYAN |
| **Notice Date** 04/17/2018 | **Page** 1 of 1 | |

CASTILLO PAYAN, IRVIN ALEJANDRO
c/o OESTER RICCOBONO
OESTER RICCOBONO
3200 N CENTRAL AVE STE 2435
PHOENIX AZ 85012

**Notice Type:** Approval Notice
Valid from: 04/17/2018 to 04/16/2020

We have mailed an official notice about this case (and any relevant documentation) according to the mailing preferences you chose on Form G-28, Notice of Entry of Appearance as Attorney or Accredited Representative. **This is a courtesy copy, not the official notice.**

**What the Official Notice Said**

Notice of Deferred Action:

This notice is to inform you regarding U.S. Citizenship and Immigration Services's (USCIS) decision on your Form I-821D, Consideration of Deferred Action for Childhood Arrivals.

USCIS, in the exercise of its prosecutorial discretion, has decided to defer action in your case. Deferred action is an exercise of prosecutorial discretion by USCIS not to pursue the removal of an individual from the United States for a specific period. Deferred action does not confer or alter any immigration status.

Unless terminated, this decision to defer removal action will remain in effect for 2 years from the date of this notice.

This notice does not constitute employment authorization, nor may it be used in place of an Employment Authorization Document. The 90-day period for reviewing Form I-765, Application for Employment Authorization, filed together with Form I-821D begins as of the date of this approval notice. If Form I-765 is granted, you will receive your Employment Authorization Document separately by mail. Subsequent criminal activity after your case has been deferred is likely to result in termination of your deferred action. This notice does not provide permission to travel outside of the United States.

You are required to notify USCIS if you change your address. You may use the Alien's Change of Address Card, Form AR-11, to report a new address. That form may be found at www.uscis.gov. There is no fee for this change of address form.

NOTICE: USCIS and the U.S. Department of Homeland Security (DHS) reserve the right to verify the information submitted in this request and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of the verification will be used to determine whether termination of deferred action and/or removal proceedings are appropriate if, for example, the requestor committed fraud or misrepresentation in his or her request for consideration of deferred action for childhood arrivals, or engaged in subsequent criminal activity following the submission of his or her request. Individuals for whom removal action is deferred under Deferred Action for Childhood Arrivals may, in the sole discretion of USCIS and DHS, be provided an opportunity to address derogatory information before deferred action is terminated and/or removal proceedings are initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**Customer Service Telephone: 800-375-5283**

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.** Form I-797C 07/11/14 Y

## Other

2021177039000 3931472 196909 31 7281133 111821 00:42 111621 DACA BL25-20700

UNITED STATES OF AMERICA

I-797 NOTICE OF ACTION

| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE0908837516 | 054211464014 | I821D - CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS |
| **Received Date** | **Priority Date** | **Requestor** |
| 04/09/2020 | 04/09/2020 | A204 193 898<br>IRVIN ALEJANDRO CASTILLO PAYAN |
| **Notice Date** | **Page** | |
| 04/16/2020 | 1 of 1 | |

CASTILLO PAYAN, IRVIN ALEJANDRO
c/o CROSSROADS LAW GROUP LLP I
CROSSROADS LAW GROUP LLP I
3200 N CENTRAL AVE STE 1400
PHOENIX AZ 85012

**Notice Type:** Approval Notice
Valid from: 04/15/2020 to 04/14/2022

Notice of Deferred Action

This notice is to inform you regarding U.S. Citizenship and Immigration Services's (USCIS) decision on your Form I-821D, Consideration of Deferred Action for Childhood Arrivals.

USCIS, in the exercise of its prosecutorial discretion, has decided to defer action in your case. Deferred action is an exercise of prosecutorial discretion by USCIS not to pursue the removal of an individual from the United States for a specific period. Deferred action does not confer or alter any immigration status.

Unless terminated, this decision to defer removal action will remain in effect for 2 years from the date of this notice.

This notice does not constitute employment authorization, nor may it be used in place of an Employment Authorization Document. The 90-day period for reviewing Form I-765, Application for Employment Authorization, filed together with Form I-821D begins as of the date of this approval notice. If Form I-765 is granted, you will receive your Employment Authorization Document separately by mail. Subsequent criminal activity after your case has been deferred is likely to result in termination of your deferred action. This notice does not provide permission to travel outside of the United States.

You are required to notify USCIS if you change your address. You may use the Alien's Change of Address Card, Form AR-11, to report a new address. That form may be found at www.uscis.gov. There is no fee for this change of address form.

NOTICE: USCIS and the U.S. Department of Homeland Security (DHS) reserve the right to verify the information submitted in this request and/or supporting documentation to ensure conformity with applicable laws, rules, regulations, and other authorities. Methods used for verifying information may include, but are not limited to, the review of public information and records, contact by correspondence, the internet, or telephone, and site inspections of businesses and residences. Information obtained during the course of the verification will be used to determine whether termination of deferred action and/or removal proceedings are appropriate if, for example, the requestor committed fraud or misrepresentation in his or her request for consideration of deferred action for childhood arrivals, or engaged in subsequent criminal activity following the submission of his or her request. Individuals for whom removal action is deferred under Deferred Action for Childhood Arrivals may, in the sole discretion of USCIS and DHS, be provided an opportunity to address derogatory information before deferred action is terminated and/or removal proceedings are initiated.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

Nebraska Service Center
U. S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**USCIS Contact Center: www.uscis.gov/contactcenter**

# Exhibit D

I-821D

# Consideration of Deferred Action for Childhood Arrivals

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS Form I-821D**
OMB No. 1615-0124
Expires 04/30/2021

| For USCIS Use Only | A- | Receipt | Action Block |
|---|---|---|---|
| | Case ID: | | |
| | ☐ Requestor interviewed on ______ | | |
| Returned: __/__/__ Resubmitted: __/__/__ | Relocated: Received: __/__/__ Sent: __/__/__ | Remarks | |

| To Be Completed by an Attorney or Accredited Representative, if any. | ☒ Select this box if Form G-28 is attached to represent the requestor. | Attorney State Bar Number *(if any)* 026911 |
|---|---|---|

► **START HERE - Type or print in black ink. Read Form I-821D Instructions for information on how to complete this form.**

## Part 1. Information About You *(For Initial and Renewal Requests)*

I am not in immigration detention ***and*** I have included Form I-765, Application for Employment Authorization, and Form I-765WS, Form I-765 Worksheet; and

I am requesting:

1. ☐ **Initial Request** - Consideration of Deferred Action for Childhood Arrivals

*OR*

2. ☒ **Renewal Request** - Consideration of Deferred Action for Childhood Arrivals

*AND*

For this Renewal request, my most recent period of Deferred Action for Childhood Arrivals expires on *(mm/dd/yyyy)* ► 04/14/2022

### *Full Legal Name*

3.a. Family Name *(Last Name)* CASTILLO PAYAN
3.b. Given Name *(First Name)* Irvin
3.c. Middle Name Alejandro

### *U.S. Mailing Address (Enter the same address on Form I-765)*

4.a. In Care Of Name *(if applicable)*
4.b. Street Number and Name 16436 N 26th St
4.c. ☐ Apt. ☐ Ste. ☐ Flr.
4.d. City or Town Phoenix
4.e. State AZ 4.f. ZIP Code 85032

### *Removal Proceedings Information*

5. Are you **NOW** or have you **EVER** been in removal proceedings, or do you have a removal order issued in any other context *(for example, at the border or within the United States by an immigration agent)*? ☐ Yes ☒ No

**NOTE:** The term "removal proceedings" includes exclusion or deportation proceedings initiated before April 1, 1997; an Immigration and Nationality Act (INA) section 240 removal proceeding; expedited removal; reinstatement of a final order of exclusion, deportation, or removal; an INA section 217 removal after admission under the Visa Waiver Program; or removal as a criminal alien under INA section 238.

If you answered "Yes" to **Item Number 5.**, you must select a box below indicating your current status or outcome of your removal proceedings.

Status or outcome:

5.a. ☐ Currently in Proceedings *(Active)*
5.b. ☐ Currently in Proceedings *(Administratively Closed)*
5.c. ☐ Terminated
5.d. ☐ Subject to a Final Order
5.e. ☐ Other. Explain in **Part 8. Additional Information**.
5.f. Most Recent Date of Proceedings *(mm/dd/yyyy)* ►
5.g. Location of Proceedings

Form I-821D 04/24/19 Page 1 of 7

I-821D

T02137700000 7931472 186909 11 F781133 111121 00-12 111621 DACA_ELIS-20700

**Part 1. Information About You** *(For Initial and Renewal Requests) (continued)*

***Other Information***

6. Alien Registration Number (A-Number) *(if any)* ▶ A- 2 0 4 1 9 3 4 9 4

7. U.S. Social Security Number *(if any)* ▶ [redacted]

8. Date of Birth *(mm/dd/yyyy)* ▶ [redacted]

9. Gender ☒ Male ☐ Female

10.a. City/Town/Village of Birth: HIDALGO DEL PARRAL

10.b. Country of Birth: MEXICO

11. Current Country of Residence: USA

12. Country of Citizenship or Nationality: MEXICO

13. Marital Status ☐ Married ☐ Widowed ☒ Single ☐ Divorced

***Other Names Used (If Applicable)***

If you need additional space, use **Part 8. Additional Information**.

14.a. Family Name *(Last Name)*

14.b. Given Name *(First Name)*

14.c. Middle Name

***Processing Information***

15. Ethnicity *(Select only one box)*
    - ☒ Hispanic or Latino
    - ☐ Not Hispanic or Latino

16. Race *(Select all applicable boxes)*
    - ☒ White
    - ☐ Asian
    - ☐ Black or African American
    - ☐ American Indian or Alaska Native
    - ☐ Native Hawaiian or Other Pacific Islander

17. Height Feet 5 Inches 7

18. Weight Pounds 1 8 0

19. Eye Color *(Select only one box)*
    - ☐ Black ☐ Blue ☒ Brown
    - ☐ Gray ☐ Green ☐ Hazel
    - ☐ Maroon ☐ Pink ☐ Unknown/Other

20. Hair Color *(Select only one box)*
    - ☐ Bald (No hair) ☐ Black ☐ Blond
    - ☒ Brown ☐ Gray ☐ Red
    - ☐ Sandy ☐ White ☐ Unknown/Other

**Part 2. Residence and Travel Information** *(For Initial and Renewal Requests)*

1. I have been continuously residing in the U.S. since at least June 15, 2007, up to the present time. ☒ Yes ☐ No

**NOTE:** If you departed the United States for some period of time before your 16th birthday and returned to the United States on or after your 16th birthday to begin your current period of continuous residence, and if this is an initial request, submit evidence that you established residence in the United States prior to 16 years of age as set forth in the instructions to this form.

**For Initial Requests:** List your current address and, to the best of your knowledge, the addresses where you resided since the date of your initial entry into the United States to present.

**For Renewal Requests:** List only the addresses where you resided since you submitted your last Form I-821D that was approved.

If you require additional space, use **Part 8. Additional Information.**

I-821D

**Part 2. Residence and Travel Information** *(For Initial and Renewal Requests) (continued)*

**Present Address**

2.a. Dates at this residence *(mm/dd/yyyy)*
From ► 09/01/2011 To ► Present

2.b. Street Number and Name: 16436 N 26th St

2.c. Apt. ☐ Ste. ☐ Flr. ☐

2.d. City or Town: Phoenix

2.e. State: AZ 2.f. ZIP Code: 85032

**Address 1**

3.a. Dates at this residence *(mm/dd/yyyy)*
From ► To ►

3.b. Street Number and Name

3.c. Apt. ☐ Ste. ☐ Flr. ☐

3.d. City or Town

3.e. State 3.f. ZIP Code

**Address 2**

4.a. Dates at this residence *(mm/dd/yyyy)*
From ► To ►

4.b. Street Number and Name

4.c. Apt. ☐ Ste. ☐ Flr. ☐

4.d. City or Town

4.e. State 4.f. ZIP Code

**Address 3**

5.a. Dates at this residence *(mm/dd/yyyy)*
From ► To ►

5.b. Street Number and Name

5.c. Apt. ☐ Ste. ☐ Flr. ☐

5.d. City or Town

5.e. State 5.f. ZIP Code

***Travel Information***

**For Initial Requests:** List all of your absences from the United States since June 15, 2007.

**For Renewal Requests:** List only your absences from the United States since you submitted your last Form I-821D that was approved.

If you require additional space, use **Part 8. Additional Information.**

**Departure 1**

6.a. Departure Date *(mm/dd/yyyy)* ►

6.b. Return Date *(mm/dd/yyyy)* ►

6.c. Reason for Departure

**Departure 2**

7.a. Departure Date *(mm/dd/yyyy)* ►

7.b. Return Date *(mm/dd/yyyy)* ►

7.c. Reason for Departure

8. Have you left the United States without advance parole on or after August 15, 2012? ☐ Yes ☒ No

9.a. What country issued your last passport?

9.b. Passport Number

9.c. Passport Expiration Date *(mm/dd/yyyy)* ►

10. Border Crossing Card Number *(if any)*

**Part 3. For Initial Requests Only**

1. I initially arrived and established residence in the U.S. prior to 16 years of age. ☐ Yes ☐ No

2. Date of ***Initial*** Entry into the United States *(on or about)* *(mm/dd/yyyy)* ►

3. Place of ***Initial*** Entry into the United States

Form I-821D 04/24/19 Page 3 of 7

I-821D

IOE1177693060 3931472 188909 71 FZE1133 133321 00:42 113321 DATA_ELIS-20700

**Part 3. For Initial Requests Only** *(continued)*

4. Immigration Status on June 15, 2012 *(e.g. No Lawful Status, Status Expired, Parole Expired)*

5.a. Were you **EVER** issued an Arrival-Departure Record (Form I-94, I-94W, or I-95)? ☐ Yes ☐ No

5.b. If you answered "Yes" to **Item Number 5.a.**, provide your Form I-94, I-94W, or I-95 number *(if available)*. ►

5.c. If you answered "Yes" to **Item Number 5.a.**, provide the date your authorized stay expired, as shown on Form I-94, I-94W, or I-95 *(if available)*. *(mm/dd/yyyy)* ►

***Education Information***

6. Indicate how you meet the education guideline *(e.g. Graduated from high school, Received a general educational development (GED) certificate or equivalent state-authorized exam, Currently in school)*

7. Name, City, and State of School Currently Attending or Where Education Received

8. Date of Graduation *(e.g. Receipt of a Certificate of Completion, GED certificate, other equivalent state-authorized exam)* or, if currently in school, date of last attendance. *(mm/dd/yyyy)* ►

***Military Service Information***

9. Were you a member of the U.S. Armed Forces or U.S. Coast Guard? ☐ Yes ☒ No

If you answered "Yes" to **Item Number 9.**, you must provide responses to **Item Numbers 9.a. - 9.d.**

9.a. Military Branch

9.b. Service Start Date *(mm/dd/yyyy)* ►

9.c. Discharge Date *(mm/dd/yyyy)* ►

9.d. Type of Discharge

**Part 4. Criminal, National Security, and Public Safety Information** *(For Initial and Renewal Requests)*

If any of the following questions apply to you, use **Part 8. Additional Information** to describe the circumstances and include a full explanation.

1. Have you **EVER** been arrested for, charged with, or convicted of a felony or misdemeanor, *including incidents handled in juvenile court*, in the United States? *Do not include minor traffic violations unless they were alcohol- or drug-related.* ☐ Yes ☒ No

**If you answered "Yes," you must include a certified court disposition, arrest record, charging document, sentencing record, etc., for each arrest, unless disclosure is prohibited under state law.**

2. Have you **EVER** been arrested for, charged with, or convicted of a crime in any country other than the United States? ☐ Yes ☒ No

**If you answered "Yes," you must include a certified court disposition, arrest record, charging document, sentencing record, etc., for each arrest.**

3. Have you **EVER** engaged in, do you continue to engage in, or plan to engage in terrorist activities? ☐ Yes ☒ No

4. Are you **NOW** or have you **EVER** been a member of a gang? ☐ Yes ☒ No

5. Have you **EVER** engaged in, ordered, incited, assisted, or otherwise participated in any of the following:

5.a. Acts involving torture, genocide, or human trafficking? ☐ Yes ☒ No

5.b. Killing any person? ☐ Yes ☒ No

5.c. Severely injuring any person? ☐ Yes ☒ No

5.d. Any kind of sexual contact or relations with any person who was being forced or threatened? ☐ Yes ☒ No

6. Have you EVER recruited, enlisted, conscripted, or used any person to serve in or help an armed force or group while such person was under age 15? ☐ Yes ☒ No

7. Have you EVER used any person under age 15 to take part in hostilities, or to help or provide services to people in combat? ☐ Yes ☒ No

I-821D

IOE1177039000 3931472 196909 31 F281133 111821 00:42 111821 DACA_ELIS-20700

## Part 5. Statement, Certification, Signature, and Contact Information of the Requestor *(For Initial and Renewal Requests)*

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.**

1.a. [X] I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to each question.

1.b. [ ] The interpreter named in **Part 6.** has read to me each and every question and instruction on this form, as well as my answer to each question, in ______, a language in which I am fluent. I understand each and every question and instruction on this form as translated to me by my interpreter, and have provided true and correct responses in the language indicated above.

### *Requestor's Certification*

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that copies of documents submitted are exact photocopies of unaltered original documents. I understand that I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date. I also understand that knowingly and willfully providing materially false information on this form is a federal felony punishable by a fine, imprisonment up to 5 years, or both, under 18 U.S.C. section 1001. Furthermore, I authorize the release of any information from my records that USCIS may need to reach a determination on my deferred action request.

2.a. Requestor's Signature
➡ [signature]

2.b. Date of Signature *(mm/dd/yyyy)* ► 11/10/2021

### *Requestor's Contact Information*

3. Requestor's Daytime Telephone Number
6025686488

4. Requestor's Mobile Telephone Number

5. Requestor's Email Address

## Part 6. Contact Information, Certification, and Signature of the Interpreter *(For Initial and Renewal Requests)*

### *Interpreter's Full Name*

Provide the following information concerning the interpreter:

1.a. Interpreter's Family Name *(Last Name)*

1.b. Interpreter's Given Name *(First Name)*

2. Interpreter's Business or Organization Name *(if any)*

### *Interpreter's Mailing Address*

3.a. Street Number and Name

3.b. Apt. [ ] Ste. [ ] Flr. [ ]

3.c. City or Town

3.d. State 3.e. ZIP Code

3.f. Province

3.g. Postal Code

3.h. Country

### *Interpreter's Contact Information*

4. Interpreter's Daytime Telephone Number

5. Interpreter's Email Address

I-821D

**Part 6. Contact Information, Certification, and Signature of the Interpreter** *(For Initial and Renewal Requests) (continued)*

***Interpreter's Certification***

**I certify that:**

I am fluent in English and ________ which is the same language provided in **Part 5., Item Number 1.b.**;

I have read to this requestor each and every question and instruction on this form, as well as the answer to each question, in the language provided in **Part 5., Item Number 1.b.**; and

The requestor has informed me that he or she understands each and every instruction and question on the form, as well as the answer to each question.

**6.a.** Interpreter's Signature: ________

**6.b.** Date of Signature *(mm/dd/yyyy)* ► ________

**Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Request, If Other than the Requestor** *(For Initial and Renewal Requests)*

***Preparer's Full Name***

Provide the following information concerning the preparer:

**1.a.** Preparer's Family Name *(Last Name)*: LEYBA

**1.b.** Preparer's Given Name *(First Name)*: GABRIEL G

**2.** Preparer's Business or Organization Name: CROSSROADS LAW GROUP PLLC

***Preparer's Mailing Address***

**3.a.** Street Number and Name: 3200 N Central Ave

**3.b.** Apt. ☐ Ste. ☒ Flr. ☐ 1400

**3.c.** City or Town: Phoenix

**3.d.** State: AZ **3.e.** ZIP Code: 85012

**3.f.** Province: ________

**3.g.** Postal Code: ________

**3.h.** Country: USA

***Preparer's Contact Information***

**4.** Preparer's Daytime Telephone Number: 6023779292

**5.** Preparer's Fax Number: 6022350279

**6.** Preparer's Email Address: ggleyba@gmail.com

***Preparer's Declaration***

I declare that I prepared this Form I-821D at the requestor's behest, and it is based on all the information of which I have knowledge.

**7.a.** Preparer's Signature: [signature]

**7.b.** Date of Signature *(mm/dd/yyyy)* ► 11/10/24

**NOTE:** If you need extra space to complete any item within this request, see the next page for **Part 8. Additional Information.**

I-821D

1021177833000 FN31472 196909 31 F261131 111821 00:42 111821 DACA_EL26-20700

**Part 8. Additional Information** *(For Initial and Renewal Requests)*

If you need extra space to complete any item within this request, use the space below. You may also make copies of this page to complete and file with this request. Include your name and A-Number *(if any)* at the top of each sheet of paper; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

***Full Legal Name***

1.a. Family Name *(Last Name)* CASTILLO PAYAN

1.b. Given Name *(First Name)* Irvin

1.c. Middle Name Alejandro

2. A-Number *(if any)* ► A- 2 0 4 1 9 3 4 9 4

3.a. Page Number 3.b. Part Number 3.c. Item Number

3.d.

4.a. Page Number 4.b. Part Number 4.c. Item Number

4.d.

5.a. Page Number 5.b. Part Number 5.c. Item Number

5.d.

| Notice to Applicants - APPLICANT COPY | CASE TYPE I821D; I765 | | NOTICE DATE 11/18/2021 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER IOE0914247085; IOE0914247086 | | USCIS A# A204 193 494 | CODE N/A |
| ACCOUNT NUMBER 018781587478 | TCR | SERVICE CENTER NSC | PAGE 1 of 1 |

IRVIN ALEJANDRO CASTILLO PAYAN
16436 N 26TH ST
PHOENIX AZ 85032

U.S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past; however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

APPLICATION NUMBER
I821D- IOE0914247085

APPLICATION NUMBER 2
I765- IOE0914247086;

If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

# Exhibit E

March 16, 2022

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

U.S. Citizenship and Immigration Services

IRVIN ALEJANDRO CASTILLO PAYAN
16436 N 26TH ST
PHOENIX, AZ 85032

IOE0914247085

RE: IRVIN ALEJANDRO CASTILLO PAYAN
I-821D, Deferred Action for Childhood Arrivals

A204-193-494

## DECISION

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable exercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable exercise of prosecutorial discretion and it will not defer action in your matter. Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

L. Miller
Director
Officer: EX0594

# Tab F

# Consideration of Deferred Action for Childhood Arrivals

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form I-821D**
OMB No. 1615-0124
Expires 03/31/2023

| For USCIS Use Only | A- | Receipt | Action Block |
| --- | --- | --- | --- |
| | Case ID: | | |
| | ☐ Requestor interviewed on ______ | | |
| Returned: / / | Relocated | Received: / / | Remarks |
| Resubmitted: / / | | Sent: / / | |

| To Be Completed by an Attorney or Accredited Representative, if any. | ☒ Select this box if Form G-28 is attached to represent the requestor. | Attorney State Bar Number *(if any)*: 152746 |
| --- | --- | --- |

▶ **START HERE - Type or print in black ink. Read Form I-821D Instructions for information on how to complete this form.**

## Part 1. Information About You *(For Initial and Renewal Requests)*

I am not in immigration detention ***and*** I have included Form I-765, Application for Employment Authorization, and Form I-765WS, Form I-765 Worksheet; and

I am requesting:

**1.** ☐ **Initial Request -** Consideration of Deferred Action for Childhood Arrivals

***OR***

**2.** ☒ **Renewal Request -** Consideration of Deferred Action for Childhood Arrivals

***AND***

For this Renewal request, my most recent period of Deferred Action for Childhood Arrivals expires on

*(mm/dd/yyyy)* ▶ 04/14/2022

### *Full Legal Name*

**3.a.** Family Name *(Last Name)* CASTILLO PAYAN

**3.b.** Given Name *(First Name)* Irvin

**3.c.** Middle Name Alejandro

### *U.S. Mailing Address (Enter the same address on Form I-765)*

**4.a.** In Care Of Name *(if applicable)* N/A

**4.b.** Street Number and Name 16436 N 26th St

**4.c.** Apt. ☐ Ste. ☐ Flr. ☐ N/A

**4.d.** City or Town Phoenix

**4.e.** State AZ **4.f.** ZIP Code 85032

### *Removal Proceedings Information*

**5.** Are you **NOW** or have you **EVER** been in removal proceedings, or do you have a removal order issued in any other context *(for example, at the border or within the United States by an immigration agent)*?

☐ Yes ☒ No

**NOTE:** The term "removal proceedings" includes exclusion or deportation proceedings initiated before April 1, 1997; an Immigration and Nationality Act (INA) section 240 removal proceeding; expedited removal; reinstatement of a final order of exclusion, deportation, or removal; an INA section 217 removal after admission under the Visa Waiver Program; or removal as a criminal alien under INA section 238.

If you answered "Yes" to **Item Number 5.**, you must select a box below indicating your current status or outcome of your removal proceedings.

Status or outcome:

**5.a.** ☐ Currently in Proceedings *(Active)*

**5.b.** ☐ Currently in Proceedings *(Administratively Closed)*

**5.c.** ☐ Terminated

**5.d.** ☐ Subject to a Final Order

**5.e.** ☐ Other. Explain in **Part 8. Additional Information.**

**5.f.** Most Recent Date of Proceedings *(mm/dd/yyyy)* ▶ N/A

**5.g.** Location of Proceedings N/A

## Part 1. Information About You *(For Initial and Renewal Requests) (continued)*

### *Other Information*

**6.** Alien Registration Number (A-Number) *(if any)*
► A- 2 0 4 1 9 3 4 9 4

**7.** U.S. Social Security Number *(if any)*
► [redacted]

**8.** Date of Birth *(mm/dd/yyyy)* ► [redacted]

**9.** Gender ☒ Male ☐ Female

**10.a.** City/Town/Village of Birth
HIDALGO DEL PARRAL

**10.b.** Country of Birth
MEXICO

**11.** Current Country of Residence
United States of America

**12.** Country of Citizenship or Nationality
MEXICO

**13.** Marital Status
☐ Married ☐ Widowed ☒ Single ☐ Divorced

### *Other Names Used (If Applicable)*

If you need additional space, use **Part 8. Additional Information.**

**14.a.** Family Name *(Last Name)* N/A

**14.b.** Given Name *(First Name)* N/A

**14.c.** Middle Name N/A

### *Processing Information*

**15.** Ethnicity *(Select **only one** box)*
☒ Hispanic or Latino
☐ Not Hispanic or Latino

**16.** Race *(Select **all applicable** boxes)*
☒ White
☐ Asian
☐ Black or African American
☐ American Indian or Alaska Native
☐ Native Hawaiian or Other Pacific Islander

**17.** Height Feet 5 Inches 7

**18.** Weight Pounds 1 8 0

**19.** Eye Color *(Select **only one** box)*
☐ Black ☐ Blue ☒ Brown
☐ Gray ☐ Green ☐ Hazel
☐ Maroon ☐ Pink ☐ Unknown/Other

**20.** Hair Color *(Select **only one** box)*
☐ Bald (No hair) ☐ Black ☐ Blond
☒ Brown ☐ Gray ☐ Red
☐ Sandy ☐ White ☐ Unknown/Other

## Part 2. Residence and Travel Information *(For Initial and Renewal Requests)*

**1.** I have been continuously residing in the U.S. since at least June 15, 2007, up to the present time. ☒ Yes ☐ No

**NOTE:** If you departed the United States for some period of time before your 16th birthday and returned to the United States on or after your 16th birthday to begin your current period of continuous residence, and if this is an initial request, submit evidence that you established residence in the United States prior to 16 years of age as set forth in the instructions to this form.

**For Initial Requests:** List your current address and, to the best of your knowledge, the addresses where you resided since the date of your initial entry into the United States to present.

**For Renewal Requests:** List only the addresses where you resided since you submitted your last Form I-821D that was approved.

If you require additional space, use **Part 8. Additional Information.**

## Part 2. Residence and Travel Information *(For Initial and Renewal Requests) (continued)*

**Present Address**

**2.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ 09/01/2011 To ▶ Present

**2.b.** Street Number and Name: 16436 N 26th St

**2.c.** Apt. ☐ Ste. ☐ Flr. ☐ N/A

**2.d.** City or Town: Phoenix

**2.e.** State: AZ **2.f.** ZIP Code: 85032

**Address 1**

**3.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ N/A To ▶ N/A

**3.b.** Street Number and Name: N/A

**3.c.** Apt. ☐ Ste. ☐ Flr. ☐ N/A

**3.d.** City or Town: N/A

**3.e.** State: N/A **3.f.** ZIP Code: N/A

**Address 2**

**4.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ N/A To ▶ N/A

**4.b.** Street Number and Name: N/A

**4.c.** Apt. ☐ Ste. ☐ Flr. ☐ N/A

**4.d.** City or Town: N/A

**4.e.** State: N/A **4.f.** ZIP Code: N/A

**Address 3**

**5.a.** Dates at this residence *(mm/dd/yyyy)*
From ▶ N/A To ▶ N/A

**5.b.** Street Number and Name: N/A

**5.c.** Apt. ☐ Ste. ☐ Flr. ☐ N/A

**5.d.** City or Town: N/A

**5.e.** State: N/A **5.f.** ZIP Code: N/A

### *Travel Information*

**For Initial Requests:** List all of your absences from the United States since June 15, 2007.

**For Renewal Requests:** List only your absences from the United States since you submitted your last Form I-821D that was approved.

If you require additional space, use **Part 8. Additional Information.**

**Departure 1**

**6.a.** Departure Date *(mm/dd/yyyy)* ▶ N/A

**6.b.** Return Date *(mm/dd/yyyy)* ▶ N/A

**6.c.** Reason for Departure: N/A

**Departure 2**

**7.a.** Departure Date *(mm/dd/yyyy)* ▶ N/A

**7.b.** Return Date *(mm/dd/yyyy)* ▶ N/A

**7.c.** Reason for Departure: N/A

**8.** Have you left the United States without advance parole on or after August 15, 2012? ☐ Yes ☒ No

**9.a.** What country issued your last passport? N/A

**9.b.** Passport Number: N/A

**9.c.** Passport Expiration Date *(mm/dd/yyyy)* ▶ N/A

**10.** Border Crossing Card Number *(if any)*: N/A

## Part 3. For Initial Requests Only

**1.** I initially arrived and established residence in the U.S. prior to 16 years of age. ☐ Yes ☐ No

**2.** Date of ***Initial*** Entry into the United States *(on or about)* *(mm/dd/yyyy)* ▶ N/A

**3.** Place of ***Initial*** Entry into the United States: N/A

## Part 3. For Initial Requests Only *(continued)*

**4.** Immigration Status on June 15, 2012 *(e.g., No Lawful Status, Status Expired, Parole Expired)*

N/A

**5.a.** Were you **EVER** issued an Arrival-Departure Record (Form I-94, I-94W, or I-95)? ☐ Yes ☐ No

**5.b.** If you answered "Yes" to **Item Number 5.a.**, provide your Form I-94, I-94W, or I-95 number *(if available)*.

▶

**5.c.** If you answered "Yes" to **Item Number 5.a.**, provide the date your authorized stay expired, as shown on Form I-94, I-94W, or I-95 *(if available)*.

*(mm/dd/yyyy)* ▶ N/A

### *Education Information*

**6.** Indicate how you meet the education guideline *(e.g., Graduated from high school, Received a general educational development (GED) certificate or equivalent state-authorized exam, Currently in school)*

N/A

**7.** Name, City, and State of School Currently Attending or Where Education Received

N/A

**8.** Date of Graduation (*e.g., Receipt of a Certificate of Completion, GED certificate, other equivalent state-authorized exam*) or, if currently in school, date of last attendance. *(mm/dd/yyyy)* ▶ N/A

### *Military Service Information*

**9.** Were you a member of the U.S. Armed Forces or U.S. Coast Guard? ☐ Yes ☐ No

If you answered "Yes" to **Item Number 9.**, you must provide responses to **Item Numbers 9.a. - 9.d.**

**9.a.** Military Branch

N/A

**9.b.** Service Start Date *(mm/dd/yyyy)* ▶ N/A

**9.c.** Discharge Date *(mm/dd/yyyy)* ▶ N/A

**9.d.** Type of Discharge

N/A

## Part 4. Criminal, National Security, and Public Safety Information *(For Initial and Renewal Requests)*

If any of the following questions apply to you, use **Part 8. Additional Information** to describe the circumstances and include a full explanation.

**1.** Have you **EVER** been arrested for, charged with, or convicted of a felony or misdemeanor, *including incidents handled in juvenile court*, in the United States? *Do not include minor traffic violations unless they were alcohol- or drug-related.* ☐ Yes ☒ No

**If you answered "Yes," you must include a certified court disposition, arrest record, charging document, sentencing record, etc., for each arrest, unless disclosure is prohibited under state law.**

**2.** Have you **EVER** been arrested for, charged with, or convicted of a crime in any country other than the United States? ☐ Yes ☒ No

**If you answered "Yes," you must include a certified court disposition, arrest record, charging document, sentencing record, etc., for each arrest.**

**3.** Have you **EVER** engaged in, do you continue to engage in, or plan to engage in terrorist activities? ☐ Yes ☒ No

**4.** Are you **NOW** or have you **EVER** been a member of a gang? ☐ Yes ☒ No

**5.** Have you **EVER** engaged in, ordered, incited, assisted, or otherwise participated in any of the following:

**5.a.** Acts involving torture, genocide, or human trafficking? ☐ Yes ☒ No

**5.b.** Killing any person? ☐ Yes ☒ No

**5.c.** Severely injuring any person? ☐ Yes ☒ No

**5.d.** Any kind of sexual contact or relations with any person who was being forced or threatened? ☐ Yes ☒ No

**6.** Have you EVER recruited, enlisted, conscripted, or used any person to serve in or help an armed force or group while such person was under age 15? ☐ Yes ☒ No

**7.** Have you EVER used any person under age 15 to take part in hostilities, or to help or provide services to people in combat? ☐ Yes ☒ No

## Part 5. Statement, Certification, Signature, and Contact Information of the Requestor *(For Initial and Renewal Requests)*

**NOTE:** Select the box for either **Item Number 1.a.** or **1.b.**

**1.a.** [X] I can read and understand English, and have read and understand each and every question and instruction on this form, as well as my answer to each question.

**1.b.** [ ] The interpreter named in **Part 6.** has read to me each and every question and instruction on this form, as well as my answer to each question, in N/A, a language in which I am fluent. I understand each and every question and instruction on this form as translated to me by my interpreter, and have provided true and correct responses in the language indicated above.

### *Requestor's Certification*

I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and that copies of documents submitted are exact photocopies of unaltered original documents. I understand that I may be required to submit original documents to U.S. Citizenship and Immigration Services (USCIS) at a later date. I also understand that knowingly and willfully providing materially false information on this form is a federal felony punishable by a fine, imprisonment up to 5 years, or both, under 18 U.S.C. section 1001. Furthermore, I authorize the release of any information from my records that USCIS may need to reach a determination on my deferred action request.

**2.a.** Requestor's Signature: [signature]

**2.b.** Date of Signature *(mm/dd/yyyy)* ► 07/08/2022

### *Requestor's Contact Information*

**3.** Requestor's Daytime Telephone Number: (602) 568-6488

**4.** Requestor's Mobile Telephone Number: (602) 568-6488

**5.** Requestor's Email Address: icastillopayan@gmail.com

## Part 6. Contact Information, Certification, and Signature of the Interpreter *(For Initial and Renewal Requests)*

### *Interpreter's Full Name*

Provide the following information concerning the interpreter:

**1.a.** Interpreter's Family Name *(Last Name)*: N/A

**1.b.** Interpreter's Given Name *(First Name)*: N/A

**2.** Interpreter's Business or Organization Name *(if any)*: N/A

### *Interpreter's Mailing Address*

**3.a.** Street Number and Name: N/A

**3.b.** Apt. [ ] Ste. [ ] Flr. [ ] N/A

**3.c.** City or Town: N/A

**3.d.** State: N/A **3.e.** ZIP Code: N/A

**3.f.** Province: N/A

**3.g.** Postal Code: N/A

**3.h.** Country: N/A

### *Interpreter's Contact Information*

**4.** Interpreter's Daytime Telephone Number: N/A

**5.** Interpreter's Email Address: N/A

## Part 6. Contact Information, Certification, and Signature of the Interpreter *(For Initial and Renewal Requests) (continued)*

### *Interpreter's Certification*

**I certify that:**

I am fluent in English and N/A which is the same language provided in **Part 5., Item Number 1.b.**;

I have read to this requestor each and every question and instruction on this form, as well as the answer to each question, in the language provided in **Part 5., Item Number 1.b.**; and

The requestor has informed me that he or she understands each and every instruction and question on the form, as well as the answer to each question.

**6.a.** Interpreter's Signature
N/A

**6.b.** Date of Signature *(mm/dd/yyyy)* ► N/A

## Part 7. Contact Information, Declaration, and Signature of the Person Preparing this Request, If Other than the Requestor *(For Initial and Renewal Requests)*

### *Preparer's Full Name*

Provide the following information concerning the preparer:

**1.a.** Preparer's Family Name *(Last Name)*
Silva

**1.b.** Preparer's Given Name *(First Name)*
Vanessa

**2.** Preparer's Business or Organization Name
MARIA JONES LAW FIRM

### *Preparer's Mailing Address*

**3.a.** Street Number and Name: 202 E. Earll Drive

**3.b.** Apt. ☐ Ste. ☒ Flr. ☐ 370

**3.c.** City or Town: Phoenix

**3.d.** State: AZ **3.e.** ZIP Code: 85012

**3.f.** Province: N/A

**3.g.** Postal Code: N/A

**3.h.** Country: United States of America

### *Preparer's Contact Information*

**4.** Preparer's Daytime Telephone Number
602-636-1200

**5.** Preparer's Fax Number
602-636-1202

**6.** Preparer's Email Address
vsilva@mariajoneslawfirm.com

### *Preparer's Declaration*

I declare that I prepared this Form I-821D at the requestor's behest, and it is based on all the information of which I have knowledge.

**7.a.** Preparer's Signature
[signature]

**7.b.** Date of Signature *(mm/dd/yyyy)* ► 07/08/2022

**NOTE:** If you need extra space to complete any item within this request, see the next page for **Part 8. Additional Information.**

## Part 8. Additional Information *(For Initial and Renewal Requests)*

If you need extra space to complete any item within this request, use the space below. You may also make copies of this page to complete and file with this request. Include your name and A-Number (*if any*) at the top of each sheet of paper; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

### *Full Legal Name*

**1.a.** Family Name *(Last Name)* CASTILLO PAYAN

**1.b.** Given Name *(First Name)* Irvin

**1.c.** Middle Name Alejandro

**2.** A-Number *(if any)* ► A- 2 0 4 1 9 3 4 9 4

**3.a.** Page Number **3.b.** Part Number **3.c.** Item Number

**3.d.** N/A

**4.a.** Page Number **4.b.** Part Number **4.c.** Item Number

**4.d.** N/A

**5.a.** Page Number **5.b.** Part Number **5.c.** Item Number

**5.d.** N/A

| Receipt Number | USCIS Online Account Number | Case Type |
|---|---|---|
| IOE0917387075 | 018781587478 | I821D - CONSIDERATION OF DEFERRED ACTION FOR CHILDHOOD ARRIVALS |
| **Received Date** 08/26/2022 | **Priority Date** 08/26/2022 | **Applicant** A204 193 494 CASTILLO PAYAN, IRVIN ALEJANDRO |
| **Notice Date** 08/30/2022 | **Page** 1 of 1 | |

CASTILLO PAYAN, IRVIN ALEJANDRO
16436 N 26TH ST
PHOENIX AZ 85032

**Notice Type:** USCIS Account Access Notice
**Online Access Code:** 0204B-4B30-EC90D

**Welcome to USCIS!**

Thank you for your recent submission. We have created a USCIS Online Account for you. With this account you can:

- check the status of your case.
- sign up to receive email notifications and text messages.
- manage your account preferences and contact information.

**Log on and confirm your account within 90 days.**

To access your account, please follow the steps below:

1. Visit us online at *https://my.uscis.gov/account*
2. Select **"Create a new account"** on the right side of the screen, and follow the on-screen instructions for creating a new account in order to login to the system.
3. Select **"Add a paper-filed case."**
4. Enter your **"USCIS case receipt number"** and select **"Add case."**
5. Enter your **"Online Access Code"** (found on the upper right side of this notice) and your **"Date of birth"** in the fields provided.
6. Select **"Confirm case."**

**NOTE: Your Online Access Code will expire 90 days from the receipt date listed at the top of this letter. We will continue processing your application regardless of whether you access your USCIS Online Account. We strongly encourage you to confirm your USCIS Online Account as soon as possible and then use it in the future as your preferred method for interacting with USCIS. If you do not access your account before your code expires and you wish to access your account, you will need to request that we reset your access code. If you have questions about how to confirm your USCIS Online Account or to request that we reset your access code, please visit the USCIS Contact Center at uscis.gov/contactcenter.**

Please see the additional information on the back. We will notify you separately about any other cases you have filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

Nebraska Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
P.O. Box 82521
Lincoln NE 68501-2521

**USCIS Contact Center: www.uscis.gov/contactcenter**

# Exhibit G

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
P.O. Box 82521
Lincoln, NE 68501-2521

**U.S. Citizenship and Immigration Services**

October 25, 2022

IOE0917387075

IRVIN ALEJANDRO CASTILLO PAYAN
16436 N 26TH ST
PHOENIX, AZ 85032

A204-193-494

*RE: IRVIN ALEJANDRO CASTILLO PAYAN*
*I-821D, Deferred Action for Childhood Arrivals*

**DECISION**

USCIS has evaluated your Form I-821D, Consideration of Deferred Action for Childhood Arrivals. Based on a review of your case, it appears that the following occurred:

You have not established that you warrant a favorable exercise of prosecutorial discretion.

Accordingly, USCIS has determined, in its unreviewable discretion, that you have not demonstrated that you warrant a favorable exercise of prosecutorial discretion and it will not defer action in your matter. Accordingly, your Form I-765, Application for Employment Authorization, has also been denied. Deferred action is a discretionary determination to defer removal action of an individual as an act of prosecutorial discretion. You may not file an appeal or motion to reopen/reconsider this decision.

Sincerely,

L. Miller
Director

# Exhibit H

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

**U.S. Citizenship and Immigration Services**

November 13, 2023

**Control Number: NRC2023360736**

CELESTIAL ROMAN
GREEN EVANS-SCHROEDER
130 W CUSHING STREET
TUCSON, AZ 85701

Dear CELESTIAL ROMAN:

We received your request for information relating to IRVIN CASTILLO PAYAN on November 3, 2023.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. § 552). It has been assigned the following control number: NRC2023360736. Please cite this number in all future correspondence about your request.

We respond to requests on a first-in, first-out basis and on a multi-track system. Your request has been placed in the complex track. You may wish to narrow the scope of your request to a specific document. To do so, please send a written request, identifying the specific document sought, to the address above. We will notify you if your request meets the eligibility requirements for the simple track.

Consistent with 6 C.F.R. § 5.5(a) of the Department of Homeland Security (DHS) FOIA regulations, USCIS processes FOIA requests according to their order of receipt. Although USCIS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances. Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Additionally, due to the scope and nature of your request, USCIS will need to locate, compile, and review responsive records from multiple offices, both at headquarters and in the field. USCIS may also need to consult with another agency or other component of the Department of Homeland Security that have a substantial interest in the responsive information. Due to these unusual circumstances, USCIS will invoke a 10-day extension for your request pursuant to 5 U.S.C. § 552(a)(6)(B). Please contact our office if you would like to limit the scope of your request or to agree on a different timetable for the processing of your request. We will make every effort to comply with your request in a timely manner.

<u>Agreement to Pay Fees</u>

In accordance with Department of Homeland Security Regulations (6 C.F.R. § 5.11), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

<u>Personally Identifiable Information</u>

USCIS no longer collects Social Security Numbers in connection with FOIA or PA requests. When forwarding to us any documents related to your request, please ensure any Social Security Numbers on the documents are blanked out or removed.

The National Records Center (NRC) has the responsibility to ensure that personally identifiable

information (PII) pertaining to U.S. Citizenship and Immigration Services (USCIS) clients is protected. In our efforts to safeguard this information, we may request that additional information be provided to facilitate and correctly identify records responsive to your request. Though submission of this information is voluntary, without this information, your request may be delayed while additional steps are taken to ensure the correct responsive records are located and processed. Further, if we are unable to positively identify the subject of the record we may be unable to provide records responsive to your FOIA request.

How to Check the Status of Your Request

You may check the status of your FOIA request online at first.uscis.gov/#/check-status. If you have any questions concerning your pending FOIA/PA request, or to check the status of a pending application or petition, please call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod Panter

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

# Notice of Entry of Appearance as Attorney or Accredited Representative

**Department of Homeland Security**

**DHS**
**Form G-28**
OMB No. 1615-0105
Expires 05/31/2021

## Part 1. Information About Attorney or Accredited Representative

**1.** USCIS Online Account Number (if any) ▶ 0 3 8 9 4 7 9 4 2 3 5 9

### *Name of Attorney or Accredited Representative*

**2.a.** Family Name (Last Name): Roman

**2.b.** Given Name (First Name): Celestial

**2.c.** Middle Name:

### *Address of Attorney or Accredited Representative*

**3.a.** Street Number and Name: 130 W Cushing St

**3.b.** ☐ Apt. ☐ Ste. ☐ Flr.

**3.c.** City or Town: Tucson

**3.d.** State: AZ **3.e.** ZIP Code: 85701

**3.f.** Province:

**3.g.** Postal Code:

**3.h.** Country: United States

### *Contact Information of Attorney or Accredited Representative*

**4.** Daytime Telephone Number: (520) 639-7288

**5.** Mobile Telephone Number (if any): (480) 933-8910

**6.** Email Address (if any): celeste@arizonaimmigration.net

**7.** Fax Number (if any): (520) 882-8843

## Part 2. Eligibility Information for Attorney or Accredited Representative

Select **all applicable** items.

**1.a.** ☒ I am an attorney eligible to practice law in, and a member in good standing of, the bar of the highest courts of the following states, possessions, territories, commonwealths, or the District of Columbia. If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

Licensing Authority: Arizona

**1.b.** Bar Number (if applicable): 030969

**1.c.** I (select **only one** box) ☒ am not ☐ am subject to any order suspending, enjoining, restraining, disbarring, or otherwise restricting me in the practice of law. If you are subject to any orders, use the space provided in **Part 6. Additional Information** to provide an explanation.

**1.d.** Name of Law Firm or Organization (if applicable): Green Evans-Schroeder

**2.a.** ☐ I am an accredited representative of the following qualified nonprofit religious, charitable, social service, or similar organization established in the United States and recognized by the Department of Justice in accordance with 8 CFR part 1292.

**2.b.** Name of Recognized Organization:

**2.c.** Date of Accreditation (mm/dd/yyyy):

**3.** ☐ I am associated with ______, the attorney or accredited representative of record who previously filed Form G-28 in this case, and my appearance as an attorney or accredited representative for a limited purpose is at his or her request.

**4.a.** ☐ I am a law student or law graduate working under the direct supervision of the attorney or accredited representative of record on this form in accordance with the requirements in 8 CFR 292.1(a)(2).

**4.b.** Name of Law Student or Law Graduate:

## Part 3. Notice of Appearance as Attorney or Accredited Representative

If you need extra space to complete this section, use the space provided in **Part 6. Additional Information**.

This appearance relates to immigration matters before (select **only one** box):

**1.a.** [X] U.S. Citizenship and Immigration Services (USCIS)

**1.b.** List the form numbers or specific matter in which appearance is entered.

G-639

**2.a.** [ ] U.S. Immigration and Customs Enforcement (ICE)

**2.b.** List the specific matter in which appearance is entered.

**3.a.** [ ] U.S. Customs and Border Protection (CBP)

**3.b.** List the specific matter in which appearance is entered.

**4.** Receipt Number (if any)

►

**5.** I enter my appearance as an attorney or accredited representative at the request of the (select **only one** box):

[X] Applicant [ ] Petitioner [ ] Requestor
[ ] Beneficiary/Derivative [ ] Respondent (ICE, CBP)

### *Information About Client (Applicant, Petitioner, Requestor, Beneficiary or Derivative, Respondent, or Authorized Signatory for an Entity)*

**6.a.** Family Name (Last Name): Castillo Payan

**6.b.** Given Name (First Name): Irvin

**6.c.** Middle Name: Alejandro

**7.a.** Name of Entity (if applicable)

**7.b.** Title of Authorized Signatory for Entity (if applicable)

**8.** Client's USCIS Online Account Number (if any)

►

**9.** Client's Alien Registration Number (A-Number) (if any)

► A- 2 0 4 1 9 3 4 9 4

### *Client's Contact Information*

**10.** Daytime Telephone Number

(602) 568-6488

**11.** Mobile Telephone Number (if any)

(602) 568-6488

**12.** Email Address (if any)

icastillopayan@gmail.com

### *Mailing Address of Client*

**NOTE:** Provide the client's mailing address. **Do not** provide the business mailing address of the attorney or accredited representative **unless** it serves as the safe mailing address on the application or petition being filed with this Form G-28.

**13.a.** Street Number and Name: 16436 N 26th St

**13.b.** [ ] Apt. [ ] Ste. [ ] Flr.

**13.c.** City or Town: Phoenix

**13.d.** State: AZ **13.e.** ZIP Code: 85032

**13.f.** Province

**13.g.** Postal Code

**13.h.** Country

United States

## Part 4. Client's Consent to Representation and Signature

### *Consent to Representation and Release of Information*

I have requested the representation of and consented to being represented by the attorney or accredited representative named in **Part 1.** of this form. According to the Privacy Act of 1974 and U.S. Department of Homeland Security (DHS) policy, I also consent to the disclosure to the named attorney or accredited representative of any records pertaining to me that appear in any system of records of USCIS, ICE, or CBP.

**Part 4. Client's Consent to Representation and Signature** (continued)

***Options Regarding Receipt of USCIS Notices and Documents***

USCIS will send notices to both a represented party (the client) and his, her, or its attorney or accredited representative either through mail or electronic delivery. USCIS will send all secure identity documents and Travel Documents to the client's U.S. mailing address.

If you want to have notices and/or secure identity documents sent to your attorney or accredited representative of record rather than to you, please select **all applicable** items below. You may change these elections through written notice to USCIS.

**1.a.** ☐ I request that USCIS send original notices on an application or petition to the business address of my attorney or accredited representative as listed in this form.

**1.b.** ☐ I request that USCIS send any secure identity document (Permanent Resident Card, Employment Authorization Document, or Travel Document) that I receive to the U.S. business address of my attorney or accredited representative (or to a designated military or diplomatic address in a foreign country (if permitted)).

**NOTE:** If your notice contains Form I-94, Arrival-Departure Record, USCIS will send the notice to the U.S. business address of your attorney or accredited representative. If you would rather have your Form I-94 sent directly to you, select **Item Number 1.c.**

**1.c.** ☐ I request that USCIS send my notice containing Form I-94 to me at my U.S. mailing address.

***Signature of Client or Authorized Signatory for an Entity***

**2.a.** Signature of Client or Authorized Signatory for an Entity

➡ [signature]

**2.b.** Date of Signature (mm/dd/yyyy) 9/21/23

**Part 5. Signature of Attorney or Accredited Representative**

I have read and understand the regulations and conditions contained in 8 CFR 103.2 and 292 governing appearances and representation before DHS. I declare under penalty of perjury under the laws of the United States that the information I have provided on this form is true and correct.

**1. a.** Signature of Attorney or Accredited Representative

[signature]

**1.b.** Date of Signature (mm/dd/yyyy) 10/27/2021

**2.a.** Signature of Law Student or Law Graduate

**2.b.** Date of Signature (mm/dd/yyyy)

## Part 6. Additional Information

If you need extra space to provide any additional information within this form, use the space below. If you need more space than what is provided, you may make copies of this page to complete and file with this form or attach a separate sheet of paper. Type or print your name at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.

1.a Family Name (Last Name): Castillo Payan

1.b. Given Name (First Name): Irvin

1.c. Middle Name: Alejandro

2.a. Page Number 2.b. Part Number 2.c. Item Number

2.d.

3.a. Page Number 3.b. Part Number 3.c. Item Number

3.d.

4.a. Page Number 4.b. Part Number 4.c. Item Number

4.d.

5.a. Page Number 5.b. Part Number 5.c. Item Number

5.d.

6.a. Page Number 6.b. Part Number 6.c. Item Number

6.d.

# Freedom of Information/Privacy Act Request

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**USCIS**
**Form G-639**
OMB No. 1615-0102
Expires 07/31/2025

## What Is the Purpose of Form G-639?

Use Form G-639 to request access to U.S. Citizenship and Immigration Services (USCIS) records under the Freedom of Information Act (FOIA) at 5 U.S.C. 552 and the Privacy Act of 1974 (PA) at 5 U.S.C. 552a, if applicable. You may also use this form to request amendment or correction of records pertaining to you under the PA, if applicable.

## Your Options to Make a FOIA or PA Request with USCIS

You can make a FOIA or PA request:

- Online at www.uscis.gov/foia;
- Using this Form G-639; or
- In writing and in accordance with the requirements of the FOIA and PA.

## Request and Receive Records Faster Online

Our online FOIA and PA services are a more efficient way to request and receive records than by using Form G-639 to make a request.

When you make your request online, USCIS receives it immediately and we can deliver the response to you immediately after the records are processed.

You will also be able to:

- Receive instant updates when we act on your request;
- Respond faster if we ask you to give us more information; and

Making your request online helps ensure your request contains the required information and reaches us immediately, rather than through a mailed postal delivery. Once you provide the information necessary to process your request, we will add it to the same first-in, first-out processing queue ordinarily used for all requests.

Once we release records you request online, you can use your online account to:

- View them on any internet connected device, such as a smartphone, tablet, or computer;
- Access the records as soon as they are available, rather than waiting for them by mail; and
- Continue to access your records through your online account and print them whenever you need.

## If You Make Your Request Using This Form

If you complete and submit this form, we will send all correspondence and any records we release through U.S. mail, requiring time for transit and receiving. Unless you specify another format, any records responsive to your request will be sent to you on a CD-ROM, so you will need to use a computer with an optical drive to view them. Alternately, if you request records online (www.uscis.gov/foia) using FIRST, you can download them without the need for equipment other than a computer, smartphone, or tablet that is connected to the internet.

**Do not use Form G-639 for:**

- **Status Inquires.** Contact the USCIS office where the application or petition was filed or visit **https://egov.uscis.gov** to check your case status online. You may also reach out to the USCIS Contact Center at **www.uscis.gov/contactcenter**. The USCIS Contact Center provides information in English and Spanish. For those who are deaf or hard of hearing and use a TTY relay service, call **1-800-767-1833**.
- **Consular Notification of a Visa Petition Approval.** Use Form I-824, Application for Action on an Approved Application or Petition, to request consular notification of visa petition approval.

- **Return of Original Documents.** Use Form G-884, Request for the Return of Original Documents, to request the return of original documents.
- **Requesting a Certificate of Non-Existence**
- **Naturalization Records Before September 27, 1906.** Contact the clerk of court where the naturalization occurred to request naturalization records before September 27, 1906.
- **USCIS Manifest Arrivals Before December 1982.** Contact the National Archives at https://www.archives.gov/contact to request information on USCIS manifest arrivals before December 1982.
- **Proof of Status for Non-Immigration Benefits.** Contact the Federal agency responsible for the benefit (for example, Social Security benefit, Selective Service requirement) to obtain proof of status.

## General Instructions

USCIS provides forms free of charge through the USCIS website. To view, print, or fill out our forms, you should use the latest version of Adobe Reader, which you can download for free at https://get.adobe.com/reader/. If you do not have internet access, you may call the USCIS Contact Center at **1-800-375-5283** (TTY **1-800-767-1833)** and ask that we mail a form to you. The USCIS Contact Center provides information in English and Spanish.

### How To Fill Out Form G-639

1. Type or print legibly in black ink.
2. If you need extra space to complete any item within this request, use the space provided in **Part 5. Additional Information** or attach a separate sheet of paper. Type or print the Subject of Record's name and Alien Registration Number (A-Number) (if any) at the top of each sheet; indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and sign and date each sheet.
3. Answer all questions fully and accurately. If a question does not apply to you (for example, if you have never been married and the question asks, "Provide the name of your current spouse"), type or print "N/A" unless otherwise directed. If your answer to a question which requires a numeric response is zero or none (for example, "How many children do you have" or "How many times have you departed the United States"), type or print "None" unless otherwise directed.

## Read the Entire Form and Complete as Much as Possible

The information USCIS requests in this form helps us locate the records and information you request.

You are not required to respond to every item, but if you do not provide enough information we may:

- Require more time to fulfill your request;
- Need to request more information from you, delaying our response; or
- Not be able to locate the records or information you request.

▶ **START HERE - Type or print in black ink.**

## Part 1. Specify the Nature of your Request

**NOTE:** On this form, the individual to whom a record pertains is described as the subject of record.

**1. Select Type of Request**

Select the box that indicates the nature of your request, and the type of records you are requesting. If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

☒ **A.** Information from your own immigration record;

☐ **B.** Information from another person's immigration record;

☐ **C.** USCIS business, operational, or policy records;

☐ **D.** An amendment or correction of your record under the Privacy Act;

☐ **E.** An amendment or correction of another person's immigration record on their behalf under the Privacy Act; or

☐ **F.** Other records in USCIS custody.

If you selected **Item B.** or **E.** in **Item Number 1.**, complete **Part 4. Third-Party Requestor**, along with other pertinent sections of this form.

If you selected **Item A., C., D.,** or **F.** in **Item Number 1., do not** complete **Part 4. Third-Party Requestor** section of this form.

**2. Request Specific Documents**

If you request specific documents, USCIS will usually be able to process your request faster than if you request a large set of records, such as an entire A-File.

Select the types of records you are requesting, if applicable, from this list of commonly requested records:

☐ Apprehensions, and Date of Apprehension (mm/dd/yyyy)

☐ Birth certificate

☐ Form I-94, with Date of Entry (mm/dd/yyyy)

☐ Passport

☐ Other Arrival/Departure documents into the U.S., with Date of Entry (mm/dd/yyyy)

☐ I-129, Petition for a Nonimmigrant Worker

☐ I-90, Application to Replace Permanent Resident Card (Green Card)

☐ I-130, Petition for Alien Relative

☐ I-140, Immigrant Petition for Alien Workers

☐ I-485, Application to Register Permanent Residence or Adjust Status

☐ I-751, Petition to Remove Conditions on Residence

☐ N-400, Application for Naturalization

☐ Labor certification issued by the U.S. Department of Labor

☐ Naturalization certificate

☐ Proof of Lawful Permanent Resident (LPR) status

☐ Record of removal from the U.S., with Date of Removal (mm/dd/yyyy)

☒ Other (Explain): See Addendum attached.

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information**.

## Part 1. Specify the Nature of your Request (continued)

3. **Qualifications for Expedited Processing**

Select any of the following circumstances if applicable to your request:

☐ Circumstances in which the lack of expedited processing could reasonably be expected to pose an imminent threat to the life or physical safety of an individual.

☐ An urgency to inform the public about an actual or alleged Federal government activity, if made by a person primarily engaged in disseminating information.

☐ The loss of substantial due process rights.

☐ A matter of widespread and exceptional media interest in which there are possible questions about the government's integrity which affect public confidence. Requests for expedited processing based upon this category must be submitted to the Senior Director of FOIA Operations, the Privacy Office, U.S. Department of Homeland Security, 245 Murray Lane SW STOP - 0655, Washington, DC 20598-0655.

4. **Statement Requesting Expedited Processing**

To receive expedited processing, you must further explain why you are requesting it. **In Part 5. Additional Information**, type or print a detailed statement explaining your selection in **Item Number 3.**

5. **Information Pertaining to an Upcoming Immigration Court Proceeding**

If the subject of record has an upcoming immigration court proceeding, USCIS may be able to process the request on an accelerated track. Select the box if the following circumstance applies to your request.

☐ The subject of record has a date scheduled for an immigration court proceeding.

If selected, include a copy of one of the following forms, as issued by the U.S. Department of Homeland Security or U.S. Department of Justice, with your request:

- Form I-862, Notice to Appear, documenting the upcoming date of the Subject's hearing before the Immigration Judge;
- Form I-122, Order to Show Cause, documenting the upcoming date of the Subject's hearing before the Immigration Judge;
- Form I-863, Notice of Referral to Immigration Judge; or
- A written notice of continuation of a future scheduled hearing before the Immigration Judge.

## Part 2. Provide Information to Identify the Subject of Record

The individual to whom a record pertains is described as the subject of record. The more information you provide about the subject of record, the better USCIS can identify the records you are requesting.

**Subject of Record's Identifying Information**

1. Alien Registration Number (A-Number):

USCIS issues Alien Registration Numbers, otherwise known as an "A-Number," to persons who apply for, or are granted, certain immigration benefits. U.S. Customs and Border Protection (CBP) or U.S. Immigration and Customs Enforcement (ICE) may also issue A-Numbers. If the subject of record was issued an A-Number(s), type or print it in the spaces provided. If they do not have an A-Number, or do not remember it, leave this space blank.

► A- 2 0 4 1 9 3 4 9 4 ► A- ► A-

2. Date of Birth (mm/dd/yyyy) [redacted]

3. Country of Birth

Provide the name of the country where the subject of record was born. If the country's name has changed or the country no longer exists, list the country as it was named when the subject of record was born.

Mexico

## Part 2. Provide Information to Identify the Subject of Record (continued)

4. Receipt Number

Provide the USCIS receipt number that corresponds to any request the subject of record filed with USCIS.

A. ▶ IOE0914247085 B. ▶ IOE0917387075

C. ▶ IOE0908837517

### Subject of Record

5. **Subject of Record's Name**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Castillo Payan | Irvin | Alejandro |

6. **Additional Names Used**

If applicable, list any additional names the subject of record has used, including any nicknames, aliases, and maiden name. If the subject's name has changed since they entered the United States, indicate the name used at the time of entry in **Item Number 7.** If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

A. **Additional Name 1**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

B. **Additional Name 2**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

C. **Additional Name 3**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

7. **Name Used Upon Entry to the United States**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Castillo Payan | Irvin | Alejandro |

### Subject of Record's Mailing Address and Contact Information

8. List the subject's contact information. You may list a valid residence, Army Post Office (APO), Fleet Post Office (FPO), or commercial address in the United States. You may list a post office address (PO Box) if that is how the subject receives their mail.

Street Number and Name: 16436 N 26th St

Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town: Phoenix

State: AZ

ZIP Code (*USPS ZIP Code Lookup*): 85032

Province:

Postal Code:

Country: United States

Telephone Number: (602) 568-6488

Email Address: icastillopayan@gmail.com

**Part 2. Provide Information to Identify the Subject of Record** (continued)

**9. Subject of Record's Father**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Castillo Pinon | Jose | Esteban |

☐ Father's Name is unknown.

**10. Subject of Record's Mother**

| Family Name (Last Name) | Maiden Name, or previous last names |
|---|---|
| Payan Torres | |

| Given Name (First Name) | Middle Name (if applicable) |
|---|---|
| Norma | Eduwiges |

☐ Mother's Name is unknown.

**11. Additional Family Members that May Appear on Requested Records**

Provide the family member's full name and their relationship to the subject of record for any individual that may appear on the requested records, for example, a spouse or children.

**A. Name 1**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

Relationship

**B. Name 2**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

Relationship

**C. Name 3**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

Relationship

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

**12. Avoiding Redaction of Records Mentioning Additional Persons**

To protect the privacy of each person mentioned in records we release, we redact their information unless you provide:

- Their consent for us to release their information, either in a notarized document, or a document signed under penalty of perjury, or;
- Proof they are deceased, with a death certificate, obituary, photograph of a funeral memorial or monument; or screen print from the Social Security Death Index; or probate documents filed in court. This is not required if they were born more than 100 years before you submit this form.

Include these documents with this Form G-639 and complete pertinent sections of **Part 5. Additional Information.**

## Part 3. Certification of Request and Consent to Release, Amend, or Correct Records

### Requestor Consent to Pay Potential Fees

USCIS will contact you with instructions if any fees are required. **Please do not send any payment at the time of your request.**

In accordance with Department of Homeland Security Regulations, your request constitutes an agreement to pay any fees that may be chargeable up to **$25.00**. We may charge fees for searching for records at the respective clerical, professional, and/or managerial rates of **$4.00/$7.00/$10.25** per quarter hour, and for duplication of copies at the rate of **$.10** per copy. We do not charge for the first 100 copies and two hours of search time, and the remaining combined charges for search and duplication must exceed **$14.00** before we will charge you any fees. Search and processing fees are not applicable for Privacy Act requests.

If the total anticipated fees are more than **$250**, or you have failed to pay fees in the past, USCIS may request an advance deposit. USCIS will not process any Form G-639 until you pay all fees from prior requests.

☒ I, the requestor, consent to pay all costs incurred for search, duplication, and review of documents up to **$25**.

### Declaration that the Request is True and Complete

If you are the subject of record and requesting records about yourself or requesting a correction or amendment of your records, you must verify your identity by providing the information requested in **Part 2.** You **MUST** also sign your request below and have your signature notarized **OR** submitted under penalty of perjury.

Sign and date the request. A stamped or typewritten name in place of a signature is not acceptable.

I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

**1.** Signature of Requestor: [signature]

Date of Signature (mm/dd/yyyy): 10/27/2023

## Part 4. Third-Party Requestor

**1. Third-Party Requestor Identifying Information**

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| Roman | Celestial | |

**2. Third-Party Requestor Mailing Address and Contact Information**

In Care Of Name (if any):

Street Number and Name: 130 W Cushing St

Apt. ☐ Ste. ☐ Flr. ☐ Number:

City or Town: Tucson

State: AZ

ZIP Code: 85701

Province:

Postal Code:

Country: United States

Telephone Number: (520) 639-7288

Email Address: celeste@arizonaimmigration.net

## Part 4. Third-Party Requestor (continued)

**3. Third-Party Requestor's Relationship to the Subject of Record**

What is the relationship of the subject of record to the third-party requestor?

If you are requesting information or amendment or correction of records on behalf of the subject of record (select **only** one for **Items A. - F.**):

[X] **A.** I am an attorney or accredited representative, acting on behalf of the subject of record.

[ ] **B.** I am requesting information about someone who is deceased.

[ ] **C.** I am requesting information on behalf of my child or a minor for whom I am a legal guardian.

[ ] **D.** Other (Explain):

If you are requesting information about a subject of record with whom you have no relationship:

[ ] **E.** I am requesting as a member of the media.

[ ] **F.** Other (Explain):

If you selected **Item B.** in **Item Number 3.**, provide proof they are deceased, with a death certificate, obituary, photograph of a funeral memorial or monument; or screen print from the Social Security Death Index; or probate documents filed in court. This is not required if they were born more than 100 years before you submit this form.

**4.** If you selected **Item C.** in **Item Number 3.**, you must provide proof of parentage/guardianship, such as a birth certificate, adoption decree, or similar document naming the requestor as the legal parent or guardian. You must also provide:

**A.** Parent/Guardian's Legal Name

| Family Name (Last Name) | Given Name (First Name) | Middle Name (if applicable) |
|---|---|---|
| | | |

**B.** Parent/Guardian's Date of Birth (mm/dd/yyyy)

**C.** Parent/Guardian's Country of Birth

### Consent by Subject of Record to Release Records to a Third-Party Requestor or Allow Amendment or Correction of Records by a Third-Party Requestor

USCIS generally requests that third-party requestors prove they have the subject of the record's consent to receive the records. Alternately, third-party requestors must prove the subject of record is deceased, or otherwise demonstrate that the requested records are subject to release, such as when there is no privacy interest in the records, or if there is a public interest in the records that outweighs the subject's privacy interests. Consent by the subject of record is generally not requested if the subject of record's birthdate is more than 100 years before the submission of this request. Third party requestors who are seeking amendment or correction of records pertaining to the subject of record must demonstrate that they have the subject of record's consent and that they are acting on behalf of the subject of record.

To provide consent, complete one of the following options:

**Option 1: Declaration Under Penalty of Perjury**

[X] I, the subject of record, consent to USCIS releasing my records to a third-party requestor and/or allowing amendment or correction of my records by a third-party requestor, as named in **Part 4.** I certify, swear, or affirm, under penalty of perjury under the laws of the United States of America, that the information in this request is complete, true, and correct.

**5.** Signature of Subject of Record: [signature]

Date of Signature (mm/dd/yyyy): 10/27/2023

## Part 4. Third-Party Requestor (continued)

**Option 2: Notarized Affidavit of Identity**

**IMPORTANT:** Do **NOT** sign and date below until the notary public provides instructions to you.

By my signature, I consent to USCIS releasing my records to a third-party requestor and/or allowing amendment or correction of the requested records to the third-party requestor, as named in **Part 4.** I certify, swear, or affirm that the information in this request is complete, true, and correct.

**6.** Signature of Subject of Record

**7.** Date of Signature (mm/dd/yyyy)

**8.** Subscribed and Sworn to Before Me on (mm/dd/yyyy)

**9.** Signature of Notary

**10.** Notary's Telephone Number

**11.** My Commission Expires on (mm/dd/yyyy)

If you need extra space to complete this section, use the space provided in **Part 5. Additional Information.**

## Part 5. Additional Information

If you need extra space to provide any additional information within this request, use the space below. You may also make copies of this page to complete this request or attach a separate sheet of paper.

If you attach additional paper:

- Type or print the subject of record's name and their A-number (if known) at the top of each sheet;
- Indicate the **Page Number**, **Part Number**, and **Item Number** to which your answer refers; and
- Sign and date each sheet.

1. Subject of Record's Family Name (Last Name): Castillo Payan
   Subject of Record's Given Name (First Name): Irvin
   Subject of Record's Middle Name: Alejandro

2. Subject of Record's A-Number (if any) ► A- 2 0 4 1 9 3 4 9 4

3. A. Page Number: 3 B. Part Number: 1 C. Item Number: 2
   D. Please see G-639 Addendum attached

4. A. Page Number: B. Part Number: C. Item Number:
   D.

5. A. Page Number: B. Part Number: C. Item Number:
   D.

6. A. Page Number: B. Part Number: C. Item Number:
   D.

7. A. Page Number: B. Part Number: C. Item Number:
   D.

**Page Number 3. Part Number 2. Item Number 2: Request Specific Documents:**

We seek the following records from the agency:

- Any and all records (including, but not limited to, adjudicator notes, conversations, e-mails, memos, internal correspondence, and other related documents) concerning Mr. Castillo Payan's I-821D (Receipt Numbers IOE0917387075 and IOE0914247085) and related I-765 Renewal Applications, which were denied by the Service on or around 03/16/2022 and 10/25/2022.

If the agency withholds records based on its assessment that statutory exemptions apply to any of the records requested, please describe in detail the nature of the records withheld and the specific exemption or privilege upon which the record is withheld. If any portion(s) of the requested records are determined to be exempt, please provide the non-exempt portions. 5 U.S.C. §552(a)(8)(A)(ii)(II).

Electronic versions in the native format of the requested documents are preferred. For documents which are not available in this format, please provide records electronically in a text-searchable, static-image format (PDF). Please also provide any data in a workable format, such as Microsoft Excel. If terms or codes are not in the form template and/or publicly defined, please provide a glossary or other descriptive records containing definitions of acronyms, numerical codes, or terms contained in data responsive to this request.

In accordance with 5 U.S.C. § 552(a)(6)(A)(i), we request a response to this request within 20 working days, unless otherwise permitted by statute.

**Page Number 3. Part Number 2. Item Number 2: Request Specific Documents:**

We seek the following records from the agency:

- Any and all records (including, but not limited to, adjudicator notes, conversations, e-mails, memos, internal correspondence, and other related documents) concerning Mr. Castillo Payan's I-821D (Receipt Numbers IOE0917387075 and IOE0914247085) and related I-765 Renewal Applications, which were denied by the Service on or around 03/16/2022 and 10/25/2022.

If the agency withholds records based on its assessment that statutory exemptions apply to any of the records requested, please describe in detail the nature of the records withheld and the specific exemption or privilege upon which the record is withheld. If any portion(s) of the requested records are determined to be exempt, please provide the non-exempt portions. 5 U.S.C. §552(a)(8)(A)(ii)(II).

Electronic versions in the native format of the requested documents are preferred. For documents which are not available in this format, please provide records electronically in a text-searchable, static-image format (PDF). Please also provide any data in a workable format, such as Microsoft Excel. If terms or codes are not in the form template and/or publicly defined, please provide a glossary or other descriptive records containing definitions of acronyms, numerical codes, or terms contained in data responsive to this request.

In accordance with 5 U.S.C. § 552(a)(6)(A)(i), we request a response to this request within 20 working days, unless otherwise permitted by statute.

# Tab I

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*National Records Center*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

**Control Number: NRC2023360736**

December 16, 2023

CELESTIAL ROMAN
GREEN EVANS-SCHROEDER
130 W CUSHING STREET
TUCSON, AZ 85701

Dear CELESTIAL ROMAN:

This letter is in response to your request for records under the Freedom of Information Act (FOIA) or Privacy Act (PA), which was received in this office on November 3, 2023, regarding IRVIN CASTILLO PAYAN.

We have considered the foreseeable harm standard when reviewing the record set and have applied the FOIA exemptions as required by the statute and the Attorney General's guidance. We have completed the review of all documents and have identified 467 pages that are responsive to your request. Enclosed are 410 pages released in their entirety and 57 pages released in part. We have reviewed and have determined to release all information except those portions that are exempt pursuant to 5 U.S.C. § 552 (b)(6), (b)(7)(C), and (b)(7)(E) of the FOIA.

The following exemptions are applicable:

Exemption (b)(7)(C) provides protection for personal information in law enforcement records, which could reasonably be expected to constitute an unwarranted invasion of personal privacy. We have withheld information relating to third-party individuals. The types of documents and/or information that we have withheld could consist of names, addresses, identification numbers, telephone numbers, fax numbers, or various other documents that are considered personal.

Exemption (b)(7)(E) of the FOIA provides protection for records or information for law enforcement purposes which would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law. The types of documents and/or information we have withheld could consist of law enforcement systems checks, manuals, checkpoint locations, surveillance techniques, and various other documents.

Exemption (b)(6) permits the government to withhold all information about individuals in personnel, medical and similar files where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy. The types of documents and/or information that we have withheld may consist of birth certificates, naturalization certificates, drivers' licenses, social security numbers, home addresses, dates of birth, or various other documents and/or information belonging to a third party that are considered personal.

There may be additional documents that contain discretionary releases of exempt information. If made, these releases are specifically identified in the responsive record. These discretionary releases do not waive our ability to invoke applicable FOIA exemptions for similar or related information in the future.

The enclosed record consists of the best reproducible copies available. Certain pages contain marks that appear to be blacked-out information. The black marks were made prior to our receipt of the file and are not information we have withheld under the provisions of the FOIA or PA.

You have the right to file an administrative appeal within 90 days of the date of this letter. By filing an appeal, you preserve your rights under FOIA and give the agency a chance to review and reconsider your request and the agency's decision. You may file an administrative FOIA appeal by mail to USCIS FOIA/PA Appeals Office, 150 Space Center Loop, Suite 500, Lee's Summit, MO 64064-2139. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you would like to discuss our response before filing an appeal to attempt to resolve your dispute without going through the appeals process, you may contact our USCIS FOIA Public Liaison at U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010, or by email at FOIAPAQuestions@uscis.dhs.gov.

A USCIS FOIA Public Liaison is an agency official to whom FOIA requesters can raise concerns about the service the requester has received from the agency's FOIA Office. USCIS FOIA Public Liaisons are responsible for assisting in reducing delays, increasing transparency, and understanding of the status of requests, and assisting in the resolution of disputes.

If you are unable to resolve your FOIA dispute through our USCIS FOIA Public Liaison, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202-741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

The National Records Center does not process petitions, applications, or any other type of benefit under the Immigration and Nationality Act. If you have questions or wish to submit documentation relating to a matter pending with USCIS, please visit the Contact Us page at www.uscis.gov or call the USCIS Contact Center at 800-375-5283 (TTY 800-767-1833).

How to Submit Questions or Changes

Questions concerning this FOIA/PA request may be mailed to U.S. Citizenship and Immigration Services, National Records Center, FOIA/PA Office, P.O. Box 648010, Lee's Summit, MO 64064-8010 or emailed to FOIAPAQuestions@uscis.dhs.gov. All FOIA/PA related requests, including address changes must be submitted in writing, and signed by the requester. Please include the control number listed above on all correspondence. For more information regarding the USCIS FOIA Program, please visit the USCIS website at www.uscis.gov/FOIA.

Sincerely,

Jarrod T Panter
Acting Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit

Enclosure(s)

# Exhibit J

GREEN EVANS-SCHROEDER
IMMIGRATION | CRIMINAL DEFENSE

March 13, 2024

USCIS FOIA/PA Appeals Office
150 Space Center Loop
Suite 500
Lee's Summit, MO 64064-2139

**VIA FEDEX OVERNIGHT**

**RE: Freedom of Information Act Appeal**
**Request NRC2023360736**

To Whom It May Concern:

Green Evans-Schroeder represents Mr. Irvin Castillo Payan in this Freedom of Information Act (FOIA) appeal. We received the results of Mr. Irvin Castillo Payan's USCIS FOIA request, dated December 16, 2023. For the reasons outlined below, we appeal the FOIA disclosure as USCIS has improperly withheld agency records. The agency search was both inadequate and failed to disclose responsive "agency records" in USCIS possession in connection with agency-related business. See *Rojas v. FAA*, 941 F.3d 392, 409 (9th Cir. 2019); *Nightingale, et al. v. USCIS, et al.*, 507 F. Supp. 3d 1193 (N.D. Cal. 2020).

## I. Information Requested

In in Mr. Castillo-Payan's FOIA request, dated November 3, 2023, we requested the following documents for Mr. Castillo-Payan:

> "Any and all records (including, but not limited to, adjudicator notes, conversations, e-mails, memos, internal correspondence, and other related documents) concerning Mr. Castillo Payan's I-821D (Receipt Numbers IOE0917387075 and IOE0914247085) and related I-765 Renewal Applications, which were denied by the Service on or around 03/16/2022 and 10/25/2022.

## II. USCIS Response

In the December 16, 2023, FOIA response, USCIS identified 467 pages of responsive records and released 410 pages in their entirety and 57 pages in part. USCIS FOIA Response. These records did not include adjudicator notes or other internal correspondence relating to the denial of Mr. Castillo-Payan's I-821D (Receipt Numbers IOE0917387075 and IOE0914247085) and I-765 Applications, as requested.

## III. Grounds for Appeal

USCIS has improperly withheld agency records, as the search conducted was inadequate, and USCIS failed to disclose responsive "agency records" in the agency's possession in connection with agency-related business. See 5 U.S.C. § 552(a)(3)(C); *Rojas v. FAA*, 941 F.3d 392, 409 (9th Cir. 2019). A document is an "agency record" that is subject to FOIA's disclosure requirements if "(1) the agency 'either create[d] or obtain[ed] the requested materials,' and (2) the agency is 'in control of the requested materials at the time the FOIA request is made." *Id.* at 409.

Here, USCIS failed to disclose agency records containing "adjudicator notes, conversations, e-mails, memos, and internal correspondence" pertaining to the denial of Mr. Castillo Payan's I-821D (Receipt Numbers IOE0917387075 and IOE0914247085) and related I-765 Renewal Applications," as requested in the initial USCIS FOIA Request. These records were created by adjudicating officers in connection with agency-related business. Second, the requested records are currently maintained in USCIS systems. Therefore, the records requested are agency records that must be released.

Additionally, the agency improperly failed to disclose responsive agency records. 5 U.S.C. § 552(a)(3)(A). There is a strong presumption in favor of disclosure in a FOIA Request and, therefore, the exemptions must be "given narrow compass." *Rojas*, 941 F.3d at 397 (9th Cir. 2019) (citing *US Dep't of State v. Ray, 112 S.Ct. 541).* It is the burden of the agency to justify the withholding of any requested documents or portions of requested documents. *Id.*

The Response cites to exemptions (b)(6), (b)(7)(C), and (b)(7)(E) of 5 USC § 552 to withhold certain information in Mr. Castillo-Payan's records. Under these exemptions, USCIS is able to withhold information if pertaining to:

> "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of privacy" 5 U.S.C. § 552(b)(6);
>
> "records or information compiled for law enforcement purposes, *but only to the extent that the production of such law enforcement records ... could reasonably be expected to constitute an unwarranted invasion of personal privacy;* 5 U.S.C. § 552(b)(7)(C) (emphasis added); and
>
> "records or information compiled for law enforcement purposes, *but only to the extent that the production of such law enforcement records ... would disclose techniques or procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law."* 5 U.S.C. § 552(b)(7)(E) (emphasis added).

However, disclosure of the specific requested records does not constitute an unwarranted invasion of personal privacy, as such records pertain to Mr. Castillo Payan's own matters. Nor is such disclosure is reasonably expected to risk circumvention of the law, as the requested records strictly relate to the adjudication of his previously denied I-821D and I-765 Applications and such records are public information that is required to be made available. *See* 5 USC § 552(a)(2)(A) ("final opinions, including concurring and dissenting opinions, as well as orders, made in the adjudication of cases") and (C) ("administrative staff manuals and instructions to staff that affect a member of the public")." Mr. Castillo-Payan is entitled to access to "his record or any information pertaining to him which is contained in the system" and the agency is required to "permit him and upon his request, a person of his own choosing to accompany him, to review the record and have a copy made of all or any portion thereof in a form comprehensible to him." 5 USC 552a(d)(1).

Furthermore, the initial FOIA Request specifically requests that the agency "please describe in detail the nature of the records withheld and the specific exemption or privilege upon which the record is withheld." However, USCIS simply provides examples of the types of documents it can withhold and cites to exemptions, without providing, in detail, the nature of the specific records it is seeking to withhold. As a result, USCIS' failure to disclose these relevant records constitutes an improper withholding of agency records that are not exempt from disclosure.

## IV. Conclusion

As USCIS has improperly withheld responsive agency records, we respectfully request that the agency review and reconsider its December 16, 2023, decision. Please contact me at celeste@arizonaimmigration.net or 480-933-8910 should you require additional information.

Sincerely,

Celestial Roman, Esq.
Green Evans-Schroeder, PLLC

# Exhibit K

FedEx

FedEx® Tracking

SHOPRUNNER by FedEx.
The holiday countdown has begun. Get gifts in time with free 2-day shipping.
SHOP NOW

This is an older tracking ID. We're displaying all of the information we have.

| | |
|---|---|
| **Tracking ID** | 272119440950 |
| **Delivered** | Thursday, 3/14/24, 8:43 AM |
| **Delivery Status** | Delivered |
| **From** | TUCSON, AZ, US |
| **To** | LEES SUMMIT, MO, US |
| **Ship date** | Wednesday, 3/13/24 |
| **Service** | FedEx Priority Overnight |
| **Special handling** | Deliver Weekday |

**Obtain proof of delivery**

FedEx

ShopRunner

LANGUAGE

United States

FOLLOW FEDEX

© FedEx 1995-2024

Site Map | Terms of Use | Privacy & Security | Ad Choices

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Attn: FOIA/PA Appeals Office*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

**Control Number: APP2024000657**

March 20, 2024

CELESTIAL ROMAN
GREEN EVANS-SCHROEDER
130 W CUSHING STREET
TUCSON, AZ 85701

Dear CELESTIAL ROMAN:

RE: NRC2023360736

This is to advise you that we received your administrative appeal regarding the action by the National Records Center relating to your Freedom of Information Act (FOIA) request pertaining to IRVIN CASTILLO PAYAN on March 15, 2024.

We have the responsibility of adjudicating appeals and will make every effort to respond to your request as quickly as possible. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. ***We have assigned control number APP2024000657 to your appeal. Please mention this number in any future correspondence to this office regarding this matter.***

USCIS no longer collects Social Security numbers in connection with FOIA or Privacy Act requests. When forwarding to us any documents related to your request, please ensure any Social Security numbers on the documents are blanked out or removed.

We will notify you of the decision on your appeal as quickly as possible. However, we must first contact the National Records Center and obtain the background material on your request. If you have further questions, please direct your inquiry to this office.

Sincerely,

Quan K. Luong, Office of Chief Counsel
U.S. Citizenship and Immigration Services

# Exhibit L

**U.S. Department of Homeland Security**
U.S. Citizenship and Immigration Services
*Attn: FOIA/PA Appeals Office*
P.O. Box 648010
Lee's Summit, MO 64064-8010

U.S. Citizenship and Immigration Services

**Control Number: APP2024000657**

April 4, 2024

CELESTIAL ROMAN
GREEN EVANS-SCHROEDER
130 W CUSHING STREET
TUCSON, AZ 85701

Dear CELESTIAL ROMAN:

Re: NRC2023360736

You appealed the action of the National Records Center regarding your request for access to records pertaining to IRVIN CASTILLO PAYAN, dated March 15, 2024.

The determination of the National Records Center was to withhold 57 pages in part.

After careful consideration of your appeal, I have decided to affirm the decision of the National Records Center. The National Records Center properly withheld certain information that is protected from disclosure and not appropriate for discretionary release.

Your request for a second search for responsive records cannot be addressed by this office. My function is limited to the review of records that have been denied pursuant to the Freedom of Information Act or the Privacy Act (FOIA/PA).

I have therefore decided to remand a portion of your request to the National Records Center for further search. If records are located, those that can be released will be made available to you directly by that office.

In your appeal letter, you requested a Vaughn index; however, at this stage a Vaughn index is not given or required. *See Vaughn v. Rosen*, 484 F. 2d 820 (D.C. Cir. 1973). Your request to itemize and justify each item of the information withheld is denied. You are not entitled to such a listing at the administrative stage of processing Freedom of Information Act (FOIA) requests and appeals. See *Judicial Watch v. Clinton*, 880 F.Supp. 1, 11 (D.D.C. 1995). Since what you seek is outside the responsibilities of this office, I cannot assist you in this matter.

If you are dissatisfied with our action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

The Office of Government Information Services (OGIS), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal Agencies. The OGIS does not have the authority to handle requests made under the Privacy Act of 1974. The contact information for OGIS is Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; email ogis@nara.gov; telephone 202- 741-5770; toll free 877-684-6448; or facsimile 202-741-5769.

Sincerely,

Quan K. Luong, Office of Chief Counsel
U.S. Citizenship and Immigration Services